# EXHIBIT A

# ENGL 360: Children's Literature

Section:  500
Meeting Time: MWF 9:10-10:00
Meeting Location: HECC 209

| | |
|---|---|
| Instructor: Dr. Elizabeth Robinson | Grader: |
| Office: LAAH 391 | Office: |
| Email:  erobinson@tamu.edu | Email: |
| Phone:  862-6504 | Phone: NA |
| Office Hours: M 10:15-11:15, WF 5:00-6:00 & by appointment | Office Hours: T 1:30-3:30 |

## Course Description

In this course, we will survey children's literature from early fairy tale texts through very recently published texts.  In our reading of these texts, we will explore

- a variety of genres: picture books, novels, poetry, and fairy tales;
- the nature, characteristics, and purposes of children's literature, and
- how the works we read are connected to the cultures and time periods in which they were produced and consider how these works both express notions of the nature of child and childhood and how they shape those notions within a culture.

In our explorations, we will apply principles of literary analysis to the texts that we read, but we will not discuss teaching practices or criteria for book selection.

This semester includes a special focus on the work of Pam Muñoz Ryan.

## Catalog Description

360. Literature for Children. (3-0). Credit 3. Representative writers, genres, texts and movements.

## Course Prerequisites

None.

# Special Course Designation

ENGL 360 is a Core Language, Philosophy, and Culture (KLPC) course. Courses in this category focus on how ideas, values, beliefs, and other aspects of culture express and affect human experience. Courses involve the exploration of ideas that foster aesthetic and intellectual creation in order to understand the human condition across cultures.  In particular, this course addresses the following skills required for Core Curriculum education:

1. Critical Thinking: creative thinking, innovation, inquiry, and analysis, evaluation and synthesis of information.
2. Communication: effective development, interpretation and expression of ideas through written, oral and visual communication.
3. Social Responsibility: intercultural competence, knowledge of civic responsibility, and the ability to engage effectively in regional, national, and global communities.
4. Personal Responsibility: ability to connect choices, actions and consequences to ethical decision-making.

## Core Curriculum Objectives

### Critical Thinking Skills (CTS)

The course will enhance critical thinking skills through review and consistent use of Bloom's taxonomy, in both writing and class discussion, to practice reading and arguing at the higher critical levels. Students will consider cultural and historical contexts of course readings and consider the intertextuality of themes across children's literature. We will discuss the nature of adaptation (as novels are adapted to film, or throughout history and cultures) as well as the rhetorical and literary techniques used by authors to further their unique purposes.  Students will regularly evaluate their own critical thinking and that of their peers through formal peer reviews.

### Communication Skills (CS)

This course enhances communication skills through nightly writing, in-class discussions, video oral presentations, and through essays and exams that address the ideas, issues, questions and themes central to written and visual course texts, including picture books and film.

### Social Responsibility (SR)

The course enhances social responsibility by providing students with a cross-cultural understanding of how history and broader social forces have shaped the distinctive literary traditions of literature for children.

### Personal Responsibility (PR)

This class will enhance personal responsibility through engagement with moral and ethical issues that arise in class readings.  The course material through the semester will offer students an opportunity to reflect upon personal responsibility and ethical responses to such topics as good versus evil, the socializing effects of children's literature, competing world views, gender roles and representations, and challenging tropes such as the orphan experience, racism, poverty, death, and the ethics of adult censorship on children's reading.

## Assessment of Core Objectives

### Critical Thinking Skills (CTS)

Critical thinking will be evaluated by completing the required course assignments, all of which are designed to allow students to interrogate the literature we read and the contexts, both cultural and historical, of production and consumption of that literature, and to demonstrate creative thinking, innovation, inquiry, analysis, evaluation and synthesis of information (rubrics for all of these assignments include critical thinking as a significant percentage of the grade):

- Nightly reading responses to directed questions that require all of the elements of critical thinking.  These are NOT reading quizzes that require simple recall of facts.
- One formal essay that requires students to choose the texts they analyze, develop a thesis, structure an effective argument, integrate sources effectively, correctly, and ethically, and follow MLA format.  It also requires the students to develop, interpret, and express unique ideas about children's literature (text, illustrations, and/or film).
- A 3-5 minute video oral presentation. The grading rubric evaluates content of the analysis, critical thinking, the oral presentation itself, and the visuals created to support the presentation.
- Exams (short answer exams that require factual recall, analysis, and evaluation and synthesis of information and texts.)

### Communication Skills (CS)

Writing will be evaluated based upon the nightly reading response posts, a formal essay, and exams that require students to write responses to the questions. Oral communication skills will be evaluated upon a video oral presentation.  Visual communication skills will be evaluated through written analyses (in reading response posts and exams) of visual texts such as picture books and films and through the video oral presentation that also requires students to create graphics and/or slides to convey information visually.

### Social Responsibility (SR)

Social responsibility will be specifically demonstrated in the reading response portfolios.  In addition, students will be asked in an end-of-term reading response to reflect on how their knowledge of literatures from previous historical periods and cultures outside of their own has changed their understanding of their own culture, of other cultures, and of their social responsibilities in light of the new information. Students will be expected to demonstrate how key insights from the course have helped broaden their understanding of literature for children and its purposes and effects.

### Personal Responsibility (PR)

Personal responsibility is demonstrated in the nightly reading response posts.  In these posts, students are given the opportunity to reflect on personal responsibility and ethical responses as they read texts that address good versus evil, the socializing effects of children's literature, competing world views, gender roles and representations, and challenging tropes such as the orphan experience, racism, poverty, death, and the ethics of adult censorship on children's reading.  Personal responsibility is also present in the peer reviews that students complete for their peers in the Reading Response Portfolios.

## Course Learning Outcomes

| This course has 4 goals: | To meet these goals, you will: |
|---|---|
| 1. Immerse you in children's literature. | • Explore the scope and variety of children's literature by reading an extensive body of works. |
| 2. Strengthen your ability to read and think critically. | • Learn the levels of critical thinking as set forth by Bloom's taxonomy, and throughout the semester practice, in writing and in class discussion, reading, thinking, and arguing at the higher levels of critical thinking.<br>• Review literary techniques (figurative language, construction of voice and audience, narrative distance, etc.) used by the writers of the works studied, and throughout the semester, in writing and in class discussion, identify literary techniques in the texts we study;<br>• Throughout the semester, in writing and in class discussion, interpret how specific literary techniques are used in particular works to express themes, create meaning, and often to interrogate cultural contexts or other constructs;<br>• compare (comparison implies contrast) the authors' uses of specific literary techniques, motifs, themes, etc. and draw conclusions/make arguments about what the significances of the comparisons. |
| 3. Enable you to assess and think critically about how works of children's literature are products of their historical and cultural contexts and at the same time influences on those contexts, and on ours. | • Explain the significant cultural and historical contexts for the works of children's literature that we read in class;<br>• Assess the intertextuality (how texts "talk" to or about one another; either implicitly or explicitly; the way they contain references to one another) often present among works of children's literature, how those works are understood, appropriated, and modified by authors, filmmakers, and readers within various cultures and periods;<br>• Analyze how works are both individual expressions of their authors (and perhaps of their readers) and how they function as dialogues with the cultures in which they are produced and/or read. |
| 4. Strengthen your ability to present the results of critical thinking as you communicate about literature, both analytically and expressively, in informal writing designed to support in-class activities, in formal writing, and in a video oral presentation. | • Create thoughtful responses and questions that interrogate texts (or perhaps film or art) thus causing you and your peers to analyze them, to synthesize information about them and their contexts, and to evaluate them;<br>• Apply appropriate rhetorical and literary analysis techniques to produce original writing in which you develop a thesis and support an argument using appropriate and sufficient evidence by analyzing primary texts and, when necessary, gathering support from scholarly critical texts;<br>• Apply appropriate rhetorical and literary analysis techniques to produce a video oral presentation. The presentation will analyze a single text and will require you to analyze illustrations and/or film and to create graphics to support your presentation. |

## Texts

The following texts are required for the course:

- Martin Hallett and Barbara Karasek. *Folk and Fairy Tales.* **Second Concise Edition**, Broadview, 2022 (ISBN 9781554815074)
- George MacDonald.   *The Princess and the Goblin.* Broadview, 2014 (9781554810079)
- Dr. Seuss.  *The Cat in the Hat*. Random House, 1957 (9780394800011)
- Maurice Sendak. *Where the Wild Things Are*. 1963. Harper Collins, 1991 (9780064431781)
- Tomie DePaola. *The Legend of the Bluebonnet*. Penguin, 1986 (9780698113596)
- Patricia McKissack.  *Flossie and the Fox*. Dial. (9780803702509)
- Kathi Appelt. *The Underneath*. Simon & Schuster, 2010 (9781416950592)
- Christopher Paul Curtis.  *Bud, Not Buddy*. Random House, 1999 (9780440413288)
- Pam Muñoz Ryan
  - *Becoming Naomi Léon*. Scholastic, 2004 (9780439269971)
  - *Echo*. Scholastic, 2015 (9780439874021)
  - *Esperanza Rising*. Scholastic, 2000 (9780439120425)
  - *Mañanaland*. Scholastic, 2020 (9781338157864)
  - *When Marian Sang*. Scholastic, 2002 (9780439269674)

## Course Requirements

The semester grades will be comprised of the following, see the individual assignment documents and grading rubrics for specific details (posted in Canvas):

- Essay (3-4 pages/750 word minimum)                                                    (20%)
- Nightly Reading Response Posts submitted for evaluation in 3 Portfolios      (20%)
- Picture Book Analysis Video (3-5 minutes)                                           (20%)
- Mid-term Exam                                                                                    (20%)
- Final Exam                                                                                          (20%)

## Grading Procedures

Most assignments will receive number grades.  However, some may receive letter grades that will be scaled as shown below.

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| A+ | 98 | B+ | 88 | C+ | 78 | D | 65 |
| A | 95 | B | 85 | C | 75 | F | 55 |
| A- | 92 | B- | 82 | C- | 72 | | |
| A-- | 90 | B-- | 80 | C-- | 70 | | |

For a complete description of the characteristics of the letter grades, please refer to the "ENGL 360 Grade Descriptions" document posted with the syllabus in Canvas.

The reading response postings will not be graded in terms of "right" or "correct" answers nor on the correctness and style of the writing; they will be graded on the completion of the assignments, on the level of your critical thinking, and on the quality of the peer reviews that you provide for your classmates' portfolios.  See the assignment rubric for details on these criteria.

## Canvas

We will be using Canvas, the Texas A&M Learning Management System, to manage this course.  You can link to our Canvas course via Howdy.

## Attendance

The university views class attendance and participation as an individual student responsibility. Students are expected to attend class and to complete all assignments.

Daily attendance is mandatory in order to pass this course.  Roll will be checked every day.  You must provide written explanations (memo or e-mail) and necessary documentation for all excused absences in order to be allowed to make up any missed assignments.  It is your responsibility to get the materials and assignments you miss if you are absent and excused.  If your class has a grader, you should submit these excuses to him/her.  See TAMU student rules section 7 for university attendance policies (http://student-rules.tamu.edu/rule07).

Be on time!  **If you are more than 10 minutes late, you will be given an unexcused absence from class.**

More than 5 unexcused absences will lower your grade by one letter.  More than 7 will lower it by two letter grades.  Ten unexcused absences will cause you to fail the class.

For excessive *excused* absences, I will recommend that you see your academic advisor to review the option outlined in TAMU Student Rule 7.5.   Excused absences that exceed 30% of the semester class days will cause you to fail the class.

## Assignments

Please note the following guidelines about class assignments:
- Bring the texts from any reading homework to class the next class day.
- All assignments must be completed and submitted in order for you to pass this course.
- Always complete assignments and follow instructions or points will be deducted from the grades.
- Format all essays to meet MLA specifications.

## Late Work

As a rule, I accept no late documents.  The one exception is with the reading response postings; note that the grade rubric for them makes allowances for late submissions, but also notice the grade penalty for late submissions!  If you are unable to finish an assignment on time due to extenuating circumstances (hospitalization, death in the family, etc.), talk to me about the problem, and submit an explanation in writing.  Part of our discussion about extenuating circumstances will be to determine if, and how an assignment is to be submitted late, and what penalty may be assessed on the late work.  Please note that late submissions after excused absences do not carry any late penalty.

## Makeup Work

Students will be excused from attending class on the day of a graded activity or when attendance contributes to a student's grade, for the reasons stated in Student Rule 7, or other reason deemed appropriate by the instructor.  Please refer to **Student Rule 7** in its entirety for information about makeup work, including definitions, and related documentation and timelines.  Absences related to Title IX of the Education Amendments of 1972 may necessitate a period of more than 30 days for make-up work, and the timeframe for make-up work should be agreed upon by the student and instructor" **(**Student Rule 7, Section 7.4.1**).**  "The instructor is under no obligation to provide an opportunity for the student to make up work missed because of an unexcused absence" **(**Student Rule 7, Section 7.4.2).  Students who request an excused absence are expected to uphold the Aggie Honor Code and Student Conduct Code. (See Student Rule 24.)

## Generative AI Statement

We in the Department of English believe that writing is central to the production of knowledge. The written word is how ideas circulate but, more importantly, the act of crafting words, sentences, paragraphs, and essays refines thoughts into ideas that matter. As such, we strongly stand against the usage of generative artificial intelligence—applications such as ChatGPT or Bard—as a replacement for the act of writing that has been the bedrock of human knowledge for thousands of years.

Writing has always incorporated tools as well as the voices and ideas of other people. GenAI can be a powerful tool in any writer's arsenal, but its use is not without risk. While GenAI's ability to convincingly string words together has a place in the writing process, it also risks introducing factual inaccuracies and, more importantly, risks making invisible the important connections between writing and thinking we are cultivating in this class.

Given these risks and the importance I place on writing as *your* thought process, the use of GenAI in this class will be treated as plagiarism. As such, any usage of GenAI will be subject to the university's academic integrity policy, which may include, but is not limited to, failing the assignment and/or disciplinary action.

So, how do you assure that your work does not appear to be AI generated?  The following will both help you strengthen your writing and avoid the appearance of plagiarism:

- Go through the process to generate your own ideas . . . you are, after all, AGGIES, the best and the brightest students on the planet!  Read the texts closely and annotate them, pay attention in class as we discuss them, talk to me or our grader if you're struggling for ideas.
- Don't use AI to **generate ideas**.  It can be helpful in editing grammar and mechanics and for checking the accessibility of your document, but it should not be used to generate any content, even to the choice of phrases or sentences.  You'd be surprised how often I see repeated phrases (even single significant words) and sentences over and over again in students' essays in a single class because the AI they all use draws language from the same sources over and over as it generates content to answer students' questions.  Red flags go up very quickly!
- Use drafting stages as you write and SAVE drafts as you go.  Save the outline(s), save a NEW draft with a new name (Essay version 1, Essay version 2, etc.) each time you work on the assignment.  Each draft provides evidence of your thought, revision, and writing style.  The software (Word, Google Docs, etc.) will save the date of each draft and this will further the

evidence of original work.  If I suspect that an assignment is AI generated, if you have saved drafts of your original work over a period of time, you will be able to defend the assignment as original work.
- Do NOT write your assignment in one sitting the night before the assignment is due.

## Electronic Devices

I strongly encourage you to take notes in class using a pen and paper or a tablet that allows you to write on the screen. Studies have overwhelmingly shown that handwriting notes, and particularly using cursive, results in better comprehension and recall of course material (or anything else that you write) than does keyboarding.  I also encourage you to have versions of our texts that you can annotate; this will also help you to learn and remember the material.  Just looking at a text on a screen is not particularly helpful.

Before class begins, turn off and put away phones, ear buds, and laptops, pads, or other technology if you are not using them for class.  If you keep out a device, you may ONLY use it for class purposes.  **If you use a device for purposes other than participating in class, you will be asked to leave class and you will be given an unexcused absence for the day.**

## Classroom Etiquette

I always strive to make our class meetings valuable and enjoyable, and to that end, you can contribute to an enjoyable class by following a few simple courtesies . . . you know, the things that your mom worked so hard to teach you!
- Be courteous when speaking to others and/or responding to opinions expressed by others (including me), especially if you disagree with something that has been said.
- Be kind, be willing to laugh, be willing to ask for help, be willing forgive if you are offended, and remember that very few people set out to offend or to be cruel.
- Put away your phones, homework for other classes, etc.
- Engage and participate; it will make the class more enjoyable for everyone.

## Dignity Statement

Donna Hicks, in her book, *Dignity: Its Essential Role in Resolving Conflict*, defines dignity as "an internal state of peace that comes with the recognition and acceptance of the value and vulnerability of all living things" (1).  She then argues that it is "an essential aspect of our humanity" (29).

Dignity is given or damaged in the context of relationships between people, and in the context of this syllabus, that means the relationships between you, as students, me as your professor, and our grader. Too often, students come into a class, perhaps particularly a large one, with a sense (whether consciously recognized or not) that the relationship between you and me is one of conflict or competition.  You try to figure out what I want so that you can manipulate my perceived desire to give low grades and achieve some prescribed goal of failure to success.  This IS NOT the situation.  My goal in this class is to affirm your dignity while I teach the material in a way that enables you to master it to the very best of your ability.  I hope that at the same time, you will affirm the dignity of this class, our grader, and me.  As Hicks points out, "When we feel worthy, when our value is recognized, we are content.  When a mutual sense of worth is recognized and honored in our relationships, we are

connected.  A mutual sense of worth also provides the safety necessary for both parties to extend themselves, making continued growth and development possible" (6).  I want to create an environment in which we extend dignity to one another and in which we look forward to being together as we explore children's literature.

Hicks points out that vulnerability is the opposing tension to dignity (7).  In the context of this class, that vulnerability appears largely in two areas: (1) fear of low grades and (2) unease in class participation, primarily discussion.  I recognize these vulnerabilities and I have put significant effort into designing a class that emphasizes dignity over vulnerabilities.  Each assignment and each aspect of the daily class meetings is designed to strengthen your performance in the class (yes, that means grades), to help you enjoy the class, and to give an experience that you will value.

Hicks identifies ten elements of dignity, and we will discuss these throughout the first weeks of class.  For right now, I want you to know that when we discuss dignity, I will pledge specific ways that I will honor your dignity as students and I will request specific ways that you can treat the class, our grader, and me with dignity.

## Plagiarism and the Aggie Honor Code Policies

"An Aggie does not lie, cheat or steal, or tolerate those who do."

"Texas A&M University students are responsible for authenticating all work submitted to an instructor. If asked, students must be able to produce proof that the item submitted is indeed the work of that student. Students must keep appropriate records at all times. The inability to authenticate one's work, should the instructor request it, may be sufficient grounds to initiate an academic misconduct case" (Section 20.1.2.3, Student Rule 20).

On all course work, assignments, and examinations in this class, you must preprint and sign the following Honor Pledge: "On my honor, as an Aggie, I have neither given nor received unauthorized aid on this academic work."

You can learn more about the Aggie Honor System Office Rules and Procedures, academic integrity, and your rights and responsibilities at aggiehonor.tamu.edu.

## Grade Appeals

At the end of the semester, if you are convinced that you have received a grade that does not adequately reflect the grade you earned in the class, you may appeal the grade.  Please refer to the TAMU Student Rules Section 48: Grade Disputes (http://student-rules.tamu.edu/rule48) for information and procedures.

## Incompletes

If you are unable to complete the semester's course requirements due to extenuating circumstances, you may be eligible for an Incomplete in the course.  Please refer to the TAMU Student Rules Section 10.5: Grading (http://student-rules.tamu.edu/rule10) for information and procedures.

## ADA Statement

Texas A&M University is committed to providing equitable access to learning opportunities for all students. If you experience barriers to your education due to a disability or think you may have a disability, please contact Disability Resources office on your campus (resources listed below). Disabilities may include, but are not limited to attentional, learning, mental health, sensory, physical, or chronic health conditions. All students are encouraged to discuss their disability related needs with Disability Resources and their instructors as soon as possible.

Disability Resources is located in the Student Services Building or at (979) 845-1637 or visit **disability.tamu.edu.**

## Title IX and Statement on Limits to Confidentiality

Texas A&M University is committed to fostering a learning environment that is safe and productive for all. University policies and federal and state laws prohibit gender-based discrimination and sexual harassment, including sexual assault, sexual exploitation, domestic violence, dating violence, and stalking.

With the exception of some medical and mental health providers, all university employees (including full and part-time faculty, staff, paid graduate assistants, student workers, etc.) are Mandatory Reporters and must report to the Title IX Office if the employee experiences, observes, or becomes aware of an incident that meets the following conditions (see University Rule 08.01.01.M1):

- The incident is reasonably believed to be discrimination or harassment.
- The incident is alleged to have been committed by or against a person who, at the time of the incident, was (1) a student enrolled at the University or (2) an employee of the University.

Mandatory Reporters must file a report regardless of how the information comes to their attention – including but not limited to face-to-face conversations, a written class assignment or paper, class discussion, email, text, or social media post. Although Mandatory Reporters must file a report, in most instances, you will be able to control how the report is handled, including whether or not to pursue a formal investigation. The University's goal is to make sure you are aware of the range of options available to you and to ensure access to the resources you need.

Students wishing to discuss concerns related to mental and/or physical health in a confidential setting are encouraged to make an appointment with University Health Services.

Students can learn more about filing a report, accessing supportive resources, and navigating the Title IX investigation and resolution process on the University's Title IX webpage.

## Mental Health and Wellness

Texas A&M University recognizes that mental health and wellness are critical factors influencing a student's academic success and overall wellbeing. Students are encouraged to engage in healthy self-care practices by utilizing the resources and services available through University Health Services. Students needing a listening ear can call the Texas A&M Helpline (979.845.2700) from 4:00 p.m. to 8:00 a.m. weekdays and 24 hours on weekends for mental health peer support while classes are in session.

The TELUS Health Student Support app provides access to professional counseling in multiple languages anytime, anywhere by phone or chat, and the 988 Suicide & Crisis Lifeline offers 24-hour emergency support at 988 or 988lifeline.org.

## Semester Schedule

### Week 1

### M (8-19): Introduction to the Class

#### *Reading Homework*
- Reading Response Postings and Portfolio (Posted in the Canvas Reading Assignments module in the Critical Reading and Thinking section)
- Critical Reading, Critical Thinking and Bloom's Taxonomy (Posted in the Canvas Reading Assignments module in the Critical Reading and Thinking section)
- Playing Twenty Questions with Literature (Posted in the Canvas Reading Assignments module in the Critical Reading and Thinking section)
- James Thurber's "The Little Girl and the Wolf" (Posted in the Canvas Reading Assignments module in the Critical Reading and Thinking section)
- Reading Response and Portfolio Assignment (Posted in the Canvas Writing Assignments module)

#### *Optional Reading*
- How Can You Read to Make an A in This Class? (Posted in the Canvas Reading Assignments module in the Critical Reading and Thinking section)
- Jeff Page's "Revised Bloom's Taxonomy" PowerPoint presentation (Posted in the Canvas Reading Assignments module in the Critical Reading and Thinking section)
- Critical Reading: A Guide" By John Lye (Posted in the Canvas Reading Assignments module in the Critical Reading and Thinking: Optional Reading section)

#### *Written Homework*
- Reading Response #1

### W (8-21): Critical Reading, Thinking, A Little Girl and a Wolf

#### *Reading Homework*
- *Children's Literature, Briefly*, chapters 2 & 3 (Posted in the Canvas Reading Assignments module in the Critical Reading and Thinking section)
- *Children's Literature, Briefly*, chapter 5 "Children's Books: History and Trends" (Posted in the Canvas Reading Assignments module in the History of Children's Literature section)

#### *Written Homework*
- Reading Response #2

### F (8-23): The History of Children's Literature

*Reading Homework*
- Hallett and Karasek, *Folk and Fairy Tales*: "Introduction" (9-19)
- Folktale Notes (Posted in the Canvas Reading Assignments module in the Fairy Tales section)
- Essay Assignment (Posted in the Canvas Assignments)

*Written Homework*
- Reading Response #3

## Week 2

### M (8-26): Fairy Tales: History and Characteristics & Fairy Tale Essay

*Reading Homework*
- *Folk and Fairy Tales:* Little Red Riding Hood section from the introduction, "The Story of Grandmother," "Little Red Riding Hood," and "Little Red Cap"
- Notes: Cautionary Tales (Posted in the Canvas Reading Assignments module in the Traditional Little Red Riding Hood section)

*Written Homework*
- Reading Response #4

*Major Assignment*
- **Essay due on one of the following dates (assigned by me):**
  - **Friday, September 20**
  - **Monday, November 4**

### W (8-28): Traditional Little Red Riding Hood Tales (Aarne-Thompson-Uther Tale Type 333)

*Reading Homework*
- *Folk and Fairy Tales*: "The False Grandmother" (27) and "Lon Po Po" (33)

*Written Homework*
- Reading Response #5

### F (8-30): Traditional Little Red Riding Hood Tales

*Reading Homework*
- *Folk and Fairy Tales*: McPhail's "Little Red Riding Hood" (38)
- Roald Dahl's "Little Red Riding Hood and the Wolf" and "The Three Little Pigs" (Posted in the Canvas Reading Assignments module in the Modern Little Red Riding Hood section)

*Written Homework*
- Reading Response #6 (due next Wednesday)

## Week 3

### M (9-2): Labor Day (No class)

### W (9-4): Modern Little Red Riding Hood

*Reading Homework*
- Tomi Ungerer's "Little Red Riding Hood" (Posted in the Canvas Reading Assignments module in the Modern Little Red Riding Hood section)
- Guidelines for a Thesis Statement (Posted in the Canvas Reading Assignments module in the Writing Instruction and Resources section)

*Written Homework*
- Reading Response #7
- Thesis Statement Exercise (posted with reading response 7).  **Bring a hard copy of the thesis to class on Friday so that you can workshop it and submit it to me for my comments.**

### F (9-6): Modern Little Red Riding Hood & Developing a Strong Thesis

*Reading Homework*
- *Folk and Fairy Tales*: Brain Over Brawn: "Introduction," "Puss in Boots" (140-142, 149-152)

*Written Homework*
- Reading Response #8

## Week 4

### M (9-9): Tricksters: "Puss in Boots" (ATU 545: Cat as Supernatural Helper)

*Reading Homework*
- *Folk and Fairy Tales*: Introduction to the Growing Up (Is Hard to Do) section (101-104) and "Jack and the Beanstalk" (110-114)
- "Molly Whuppie" (http://www.pitt.edu/~dash/type0327.html#mollywhuppie  (Posted in the Canvas Reading Assignments module in the Tricksters section)

*Written Homework*
- Reading Response #9

**W (9-11): Tricksters: "Molly Whuppie" (ATU 327: Tales About Abandoned Children, 327B: Children and the Ogre variants), "Jack in the Beanstalk" (ATU 328 The Treasures of the Giant)**

*Reading Homework*
- *Folk and Fairy Tales*: "Hansel and Gretel" (105-110)

*Written Homework*
- Reading Response #10

**F (9-13): "Hansel and Gretel" (ATU 327A: Tales About Abandoned Children)**

*Reading Homework*
- Garth Nix's "Hansel's Eyes" (Posted in the Canvas Reading Assignments module in the Modern Hansel and Gretel section)

*Viewing Homework*
- Fractured Fairy Tales: "Hansel and Gretel" (https://www.youtube.com/watch?v=csdZQZmgKfQ (Posted in the Canvas Reading Assignments module in the Modern Hansel and Gretel section)

*Optional Reading Homework*
- The text for the Fractured Fairy Tales' "Hansel and Gretel" (Posted in the Canvas Reading Assignments module in the Modern Hansel and Gretel section)

*Written Homework*
- Reading Response #11

## Week 5

**M (9-16): Modern Hansel & Gretel**

*Reading Homework*
- Begin *The Princess and the Goblin* (It must be finished by next Monday)
- Plagiarism and Misuse of Sources (Posted in the Canvas Reading Assignments module in the Writing Instruction and Resources section)
- Some Help Using and Documenting Sources (Posted in the Canvas Reading Assignments module in the Writing Instruction and Resources section)

*Written Homework*
- Draft of essay that contains source material & works cited; bring a version to class on which you can make notes; we will workshop using sources in the essay.  You will then re-submit the copy on which you made notes with the final draft of the essay.  **Part of the final essay grade is determined by the presence of this workshopped draft being submitted with the final essay.**

### W (9-18): Using and Documenting Sources Workshop

*Reading Homework*
- Vivian Vande Velde's "Twins" (Posted in the Canvas Reading Assignments module in the Modern Hansel and Gretel section)

*Written Homework*
- Reading Response #12

### F (9-20): Modern Hansel & Gretel

*Reading Homework*
- Finish *The Princess and the Goblin*
- MacDonald's Spiritual Universe (Posted in the Canvas Reading Assignments module in the *The Princess and the Goblin* section)

*Written Homework*
- Reading Response #13

*Major Assignment Due*
- **Group 1 Essay due (hard copy in class; electronic file due in Canvas Assignments).  Also submit the draft of the essay that you marked up in the class workshop.**

*Major Assignment*
- **Reading Response Portfolio 1 due by Friday at midnight**
- **Peer Reviews due by Sunday at midnight**

## Week 6

### M (9-23): *The Princess and the Goblin*

### *Reading Homework*

- George MacDonald's Wise Woman Figure (Posted in the Canvas Reading Assignments module in the *The Princess and the Goblin* section)
- George MacDonald biographical sketch. This is an article in the Literary Encyclopedia which is contained on the library website. To access this article,
  - Go to the library web site (http://library.tamu.edu).
  - From the menu on the top of the page, click on "Databases."
  - Enter "Literary Encyclopedia" in the text box. This should bring up the link to the Literary Encyclopedia on the Databases A-Z page.
  - Click on this link; it should take you to the Literary Encyclopedia home page.
  - In the Search box on the top right of the page, type "George MacDonald." This will bring up a list, the first item of which is the "George MacDonald" article.

### *Written Homework*

- Reading Response #14

### W (9-25): *The Princess and the Goblin*

### *Reading Homework*

- Begin *The Underneath*

### *Written Homework*

- Reading Response #15

### F (9-27): *The Princess and the Goblin*

### *Reading Homework*

- Finish *The Underneath*

### *Written Homework*

- Reading Response #16

## Week 7

### M (9-30): *The Underneath*

### *Reading Homework*

- Begin *Bud, Not Buddy (Must finish by Wednesday, October 9)*

### *Written Homework*

- Reading Response #17

**W (10-2):  *The Underneath***

***Reading Homework***
- Continue *Bud, Not Buddy*

***Written Homework***
- Reading Response #18

**F (10-4):  *The Underneath***

***Reading Homework***
- Continue reading *Bud, Not Buddy*

## Week 8

**M (10-7): Fall Break (No class)**

***Reading Homework***
- Finish *Bud, Not Buddy*

***Written Homework***
- Reading Response #19

**W (10-9): *Bud, Not Buddy***

***Reading Homework***
- The Afterword to *Bud, Not Buddy*

***Written Homework***
- Reading Response #20

**F (10-11): *Bud, Not Buddy***

***Reading Homework***
- NA: Study for Exam

***Written Homework***
- NA: Study for Exam

## Week 9

### M (10-14): Mid-term Exam

*Reading Homework*
- Michael Tunnel, et. al, *Children's Literature Briefly*, chapters 4 & 7 ("How to Recognize a Well-Illustrated Book" and "Picture Books" (Posted in the Canvas Reading Assignments module in the Picture Books section)
- Picture Book Analysis Assignment (posted in the Canvas Assignments)

*Optional Reading Homework*
- Matrix Education's Visual Techniques Toolkit (Link posted in the Canvas Reading Assignments module in the Picture Books section)
- Visual Literacy Skills' Representation in Picture Books (Link posted in the Canvas Reading Assignments module in the Picture Books section)
- Scottsdale Library's 100 Best Picturebooks (Link posted in the Canvas Reading Assignments module in the Picture Books section)

*Written Homework*
- Reading Response #21

### W (10-16): Introduction to Picture Books & Picture Book Analysis Assignment

*Reading Homework*
- Frank Serafini's Picturebooks & Comprehension (Posted in the Canvas Reading Assignments module in the Picture Books section)
- Frank Serafini's "Picturebooks and Picturebook Theories" from *Reading the Visual: An Introduction to Teaching Multimodal Literacy* (Posted in the Canvas Reading Assignments module in the Picture Books section)
- Frank Serafini's Picturebook Analysis Guide (Link posted in the Canvas Reading Assignments module in the Picture Books section)

*Optional Reading Homework*
- Dr. Frank Serafini's website is full of interesting and useful information for understanding and interpreting picture books (https://www.frankserafini.com/).  (Link posted in the Canvas Reading Assignments module in the Picture Books section)

*Written Homework*
- Reading Response #22
- Locate and identify your picture book choice for the Picture Book Recommendation Video (Posted with Reading Response 22—**due for Friday**); I will give you feedback on whether or not your choice is a good one for this assignment.

*Major Assignment*
- **Picture Book Analysis Video due Wednesday, November 20**

### F (10-18): Introduction to Picture Books

*Reading Homework*
- *The Cat in the Hat*
- Notes: *The Cat in the Hat* (Posted in the Canvas Reading Assignments module in the Picture Books section)

*Written Homework*
- Reading Response #23

## Week 10

### M (10-21): *The Cat in the Hat*

*Reading Homework*
- *Where the Wild Things Are*

*Written Homework*
- Reading Response #24

**W (10-23):** *Where the Wild Things Are*

*Reading Homework*
- *The Legend of the Bluebonnet*

*Written Homework*
- Reading Response #25

**F (10-25):** *The Legend of the Bluebonnet*

*Reading Homework*
- *Flossie and the Fox*

*Written Homework*
- Reading Response #26

*Major Assignment*
- **Reading Response Portfolio 2 due by Friday at midnight**
- **Peer Reviews due by Sunday at midnight**

## Week 11

**M (10-28):** *Flossie and the Fox*

*Reading Homework*
- *When Marian Sang*
- Notes: Introducing Pam Muñoz Ryan
- Begin *Echo*

*Written Homework*
- Reading Response #27
- Draft of essay that contains source material & works cited; bring a version to class on which you can make notes; we will workshop using sources in the essay.  You will then re-submit the copy on which you made notes with the final draft of the essay.  **Part of the final essay grade is determined by the presence of this workshopped draft being submitted with the final essay.**

**W (10-30):** *When Marian Sang &* Using and Documenting Sources Workshop

*Reading Homework*
- *When Marian Sang*
- Notes: Introducing Pam Muñoz Ryan
- Finish *Echo,* pp. 2-190 (Frame and Part One)

*Written Homework*
- Reading Response #28

**F (11-1):** *Echo* **(Frame and Part One)**

*Reading Homework*
- Finish *Echo,* pp. 194-363 (Part Two)

*Written Homework*
- Reading Response #29

## Week 12

**M (11-4):** *Echo* **(Part Two)**

*Reading Homework*
- Finish *Echo,* pp. 365-539 (Part Three)

*Written Homework*
- Reading Response #30

*Major Assignment Due*
- **Group 2 Essay due (hard copy in class; electronic file due in Canvas Assignments).  Also submit the draft of the essay that you marked up in the class workshop.**

**W (11-6):** *Echo* **(Part Three)**

*Reading Homework*
- Finish *Echo,* pp. 541-587 (Part Four and the closing frame)
- Begin *Mañanaland (Read the entire book by Monday)*

*Written Homework*
- Reading Response #31

**F (11-8):** *Echo* **(Part Four and the closing frame)**

*Reading Homework*
- *Mañanaland*

*Written Homework*
- Reading Response #32

## Week 13

### M (11-11): *Mañanaland*

#### *Reading Homework*
- Begin *Esperanza Rising (Read the entire book by Monday)*

#### *Written Homework*
- Reading Response #33

### W (11-13): *Mañanaland*

#### *Reading Homework*
- Continue *Esperanza Rising*

#### *Written Homework*
- Reading Response #34

### F (11-15): *Mañanaland*

#### *Reading Homework*
- Finish *Esperanza Rising*

#### *Written Homework*
- Reading Response #35

## Week 14

### M (11-18): *Esperanza Rising*

#### *Reading Homework*
- Begin *Becoming Naomi Léon (Must finish by Monday)*

#### *Written Homework*
- Reading Response #36

### W (11-20): *Esperanza Rising*

#### *Reading Homework*
- Continue *Becoming Naomi Léon*

#### *Written Homework*
- Reading Response #37

#### *Major Assignment Due*
- **Picture Book Analysis Video**

**F (11-22):** *Esperanza Rising*

***Reading Homework***
- Finish *Becoming Naomi Léon*

***Written Homework***
- Reading Response #38

## Week 15

**M (11-25):** *Becoming Naomi Léon*

***Reading Homework***
- NA

***Written Homework***
- Reading Response #39 (Due Monday, December 2)

**W (11-27): Reading Day (No class)**

**F (11-29): Thanksgiving Break (No class)**

## Week 16

**M (12-2):** *Becoming Naomi Léon*

***Homework***
- Study for Exam

***Major Assignment Due***
- **Reading Response Portfolio #3 (Due by midnight)**

**Final Exam: Friday, December 6 @ 8:00 a.m.**