# EXHIBIT B

# ENGL - English (ENGL)

## ENGL 103 Introduction to Rhetoric and Composition

**Credits 3. 3 Lecture Hours.** (ENGL 1301) Introduction to Rhetoric and Composition. Intensive study of and practice in writing processes, from invention and researching to drafting, revising and editing, both individually and corroboratively; emphasis on effective rhetorical choices including audience, purpose, arrangement and style; focus on writing the academic essay as a vehicle for learning, communicating and critical analysis.

## ENGL 104 Composition and Rhetoric

**Credits 3. 3 Lecture Hours.** (ENGL 1302) Composition and Rhetoric. Focus on referential and persuasive researched essays through the development of analytical reading ability, critical thinking and library research skills. **Prerequisite:** Freshman or sophomore classification; also taught at Galveston and Qatar campuses.

## ENGL 107 Introduction to the Health Humanities

**Credits 3. 3 Lecture Hours.** Introduction to the methods and approaches of the health humanities; exposure to key scholarship in this field as well as major methods and approaches; application of such skills to the analysis of cultural case studies such as illness narratives or contemporary debates in scientific bioethics. **Cross Listing:** COMM 107, HHUM 107, and PHIL 107.

## ENGL 202 Environmental Literature

**Credits 3. 3 Lecture Hours.** Texts from various periods and locations and in various genres and media that focus on the relationship of human beings to the rest of the natural world; topics vary from each section; also taught at Qatar campus.

## ENGL 203 Writing about Literature

**Credits 3. 3 Lecture Hours.** Exploration of literature by genre and/or theme; literary analysis and interpretation; intensive writing about literature; also taught at Galveston campus.

## ENGL 204/AFST 204 Introduction to African-American Literature

**Credits 3. 3 Lecture Hours.** Introduction to the writings of African Americans from the 18th century to the present, emphasizing the major themes and traditions; ENGL-204 also taught at Galveston campus. **Cross Listing:** AFST 204/ENGL 204.

## ENGL 205/AFST 205 Introduction to Africana Literature

**Credits 3. 3 Lecture Hours.** Works, literary movements and genres of authors of African descent in the Americas, Europe and Africa. **Cross Listing:** AFST 205/ENGL 205.

## ENGL 206 Twenty-first Century Literature and Culture

**Credits 3. 3 Lecture Hours.** Exploration of the literary and cultural forms of the twenty-first century, focusing on a variety of national and transnational origins; also taught at Qatar campus.

## ENGL 207 Human Thinking and Digital Culture

**Credits 3. 3 Lecture Hours.** Introduction to methodology, scope and practice of digital humanities; overview of digital research culture; evaluation of digital media as tools for thinking.

## ENGL 209/LING 209 Introduction to Linguistics

**Credits 3. 3 Lecture Hours.** Nature of human language and of linguistics; includes an introduction to phonology, syntax, semantics and morphology and the role of spoken and written discourse in sustaining societal arrangements. **Cross Listing:** LING 209/ENGL 209.

## ENGL 210 Technical and Professional Writing

**Credits 3. 3 Lecture Hours.** (ENGL 2311) Technical and Professional Writing. Focus on writing for professional rhetorical situations; correspondence and researched reports fundamental to the workplace—memoranda, letters, electronic correspondence, research proposals and presentations; use of visual rhetoric and document design in print and electronic mediums; emphasis on audience awareness, clarity of communication and collaborative team-work; also taught at Galveston and Qatar campuses.

## ENGL 211/GLST 211 Foundations in Cultural Studies

**Credits 3. 3 Lecture Hours.** Introduction to history, influence and major ideas of Cultural Studies; use of culture as a means to critique social problems and understand social forces; analysis of culture in its relationship to power; participation in project investigating contemporary U.S. youth subcultures. **Cross Listing:** GLST 211/ENGL 211.

## ENGL 212 Shakespeare

**Credits 3. 3 Lecture Hours.** Exploration of selected works of Shakespeare; also taught at Galveston campus.

## ENGL 219 Literature and the Other Arts

**Credits 3. 3 Lecture Hours.** Imaginative literature in conversation with aesthetic principles and such other arts as painting, sculpture, architecture, film and music; also taught at Qatar campus.

# ENGL 220 Graphic Novel

**Credits 3. 3 Lecture Hours.** An exploration of origins and development of the graphic novel.

# ENGL 221/MODL 221 World Literature

**Credits 3. 3 Lecture Hours.** (ENGL 2332) World Literature. Survey of world literature from the ancient world through the sixteenth century in relation to its historical and cultural contexts; texts selected from a diverse group of authors, traditions and genres; ENGL-221 also taught at Qatar campus. **Cross Listing:** MODL 221/ENGL 221.

# ENGL 222/MODL 222 World Literature

**Credits 3. 3 Lecture Hours.** (ENGL 2333) World Literature. Survey of world literature from the seventeenth century to the present in relation to its historical and cultural contexts; texts selected from a diverse group of authors, traditions and genres; ENGL-222 also taught at Galveston and Qatar campuses. **Cross Listing:** MODL 222/ENGL 222.

# ENGL 227 American Literature: The Beginnings to Civil War

**Credits 3. 3 Lecture Hours.** (ENGL 2327) American Literature: The Beginnings to Civil War. Representative writers, genres and movements of the period.

# ENGL 228 American Literature: Civil War to Present

**Credits 3. 3 Lecture Hours.** (ENGL 2328) American Literature: Civil War to Present. Expressions of the American experience in realism, regionalism and naturalism; varieties of modernist and contemporary writing; the rise of ethnic literature and experimental literary forms.

# ENGL 229/ASIA 229 Asian American Literature and Culture

**Credits 3. 3 Lecture Hours.** Introduction to the historical scope of Asian American literature and culture. **Cross Listing:** ASIA 229/ENGL 229.

# ENGL 231 Survey of English Literature I

**Credits 3. 3 Lecture Hours.** (ENGL 2322) Survey of English Literature I. Literature of England from Anglo-Saxon times through the 18th century.

# ENGL 232 Survey of English Literature II

**Credits 3. 3 Lecture Hours.** (ENGL 2323) Survey of English Literature II. Literary works from the late 18th century to the 21st century by authors in Great Britain and its colonies; also taught at Qatar campus.

# ENGL 234 Introduction to Speculative and Marvelous Literatures

**Credits 3. 3 Lecture Hours.** Introduction to the speculative and marvelous genres of literature; survey of different genres, such as science fiction, fantasy, horror, magical realism, utopian, or fairy tale; examination of different methodological approaches and historical contexts.

# ENGL 235 Elements of Creative Writing

**Credits 3. 3 Lecture Hours.** (ENGL 2307) Elements of Creative Writing. Initiation into the craft of creative writing in prose and poetry; extensive reading in the genres; peer workshops.

# ENGL 241 Advanced Composition

**Credits 3. 3 Lecture Hours.** Focuses on the writing of advanced academic and professional prose by integrating computer technology in the analysis and production of that prose; also taught at Galveston campus.

# ENGL 251/FILM 251 Introduction to Film Analysis

**Credits 3. 3 Lecture Hours.** Fundamental aspects of film analysis and criticism; ENGL-251 also taught at Galveston and Qatar campuses. **Cross Listing:** FILM 251/ENGL 251.

# ENGL 253 Introduction to Cultural Studies and Popular Culture

**Credits 3. 3 Lecture Hours.** Introduction to Cultural Studies and Popular Cultural. An introduction to the history, theories and methods of contemporary cultural studies. The course will explore key concepts in cultural theory to examine specific aspects of popular culture as well as cultural sites and practices so as to expand upon the analytical and critical thinking skills learned in ENGL 104 and 203. **Prerequisite:** ENGL 104; Galveston campus.

# ENGL 262/HISP 262 Introduction to Latinx Literary Studies

**Credits 3. 3 Lecture Hours.** Introduction to Latinx literature; emphasis on methods and approaches, historical breadth and context and the diverse literary traditions of people of Hispanic and Latinx descent in the United States. **Cross Listing:** HISP 262/ENGL 262.

# ENGL 285 Directed Studies

**Credits 0 to 4. 0 to 4 Other Hours.** Readings selected for specific need of major or minor in English.

# ENGL 289 Special Topics in...

**Credits 1 to 4. 1 to 4 Lecture Hours.** Selected topics in an identified area of English. May be repeated for credit.

## ENGL 291 Research

**Credits 0 to 3. 0 to 3 Lecture Hours.** Research conducted under the direction of faculty member in English. **Prerequisites:** 3 hours of 200-level literature; freshman or sophomore classification and approval of instructor.

## ENGL 292 Introduction To Literature And Medicine

**Credits 3. 3 Lecture Hours.** Introduction to methodology, scope and practice of literature and medicine studies; analysis of autobiographies, novels and poetry dealing with health and illness; evaluation of sources from different disciplinary perspectives as a tool for critical thinking.

## ENGL 303 Approaches to English Studies

**Credits 3. 3 Lecture Hours.** A writing intensive exploration of the methodologies and major topics of English studies. **Prerequisite:** ENGL 104 or registration therein; junior or senior classification or approval of instructor.

## ENGL 304 Topics in Digital Research

**Credits 3. 3 Lecture Hours.** Topics in the studies of digital humanities; introduction to making/interpreting digital materials, the surrogates of books, paintings, etc., that form our cultural heritage, as well as digitally-born literature, art and culture; reflection on digital cultures/digital archives; theory and practice of creating and research digital resources. May be taken three times for credit. **Prerequisite:** Junior or senior classification or approval of instructor.

## ENGL 305 Texas Literature

**Credits 3. 3 Lecture Hours.** Examination of Texas literature, culture and multi-media; exploration of the development of Texas identities and responses to the rich cultural diversity within the state; topics vary from each section. **Prerequisite:** Junior or senior classification.

## ENGL 306 Transnational Literature and Culture

**Credits 3. 3 Lecture Hours.** Examination of texts written in English that de-center the nation-state as the central way to organize cultural comparison; includes colonialism, economics, empire, globalization, migration, race and refugees. **Prerequisites:** 3 credits of literature at 200-level or above; junior or senior classification or approval of instructor; also taught at Qatar campus.

Case 4:26-cv-00865 Document 14-2 Filed 04/10/26 in TXSD Page 7 of 19

# ENGL 308 History of Literary Criticism

**Credits 3. 3 Lecture Hours.** History of literary thought from antiquity to the present, including writers such as Plato, Aristotle, "Longinus," Sidney, Shelley, and Dryden; analysis of genres such as tragedy, lyric, and film; critical approaches such as new criticism, structuralism, deconstruction, Marxism, feminism, new historicism, and film studies. **Prerequisite:** 3 credits of literature at 200-level or above.

# ENGL 309/GLST 311 Cultural Politics

**Credits 3. 3 Lecture Hours.** Exploration of the concept of cultural politics across several academic disciplines in the humanities and social sciences; broad interrogation of relationships that mediate culture and power in national and international contexts; focus on how culture shapes and is shaped by society, political perspectives and actions. **Prerequisites:** Junior or senior classification; or approval of the instructor. **Cross Listing:** GLST 311/ENGL 309.

# ENGL 310/LING 310 History of the English Language

**Credits 3. 3 Lecture Hours.** Phonological, grammatical and lexical history of the English language; brief discussion of some other Indo-European languages; principles of linguistic change, as reflected in English. **Prerequisite:** Junior or senior classification. **Cross Listing:** LING 310/ENGL 310.

# ENGL 313 Medieval English Literature

**Credits 3. 3 Lecture Hours.** Old and Middle English literature exclusive of Chaucer, including such authors and works as Beowulf, The Dream of the Rood, Sir Gawain and the Green Knight, Piers Plowman, Malory, Julian of Norwich, Kempe, the mystery plays and the lyrics. **Prerequisite:** 3 credits of literature at 200-level or above.

# ENGL 314 The English Renaissance

**Credits 3. 3 Lecture Hours.** Period course in the poetry, prose and drama of England in the 16th century. **Prerequisite:** 3 credits of literature at 200-level or above.

# ENGL 315 Seventeenth-Century Literature

**Credits 3. 3 Lecture Hours.** Period course in English poetry, prose and drama of the 17th century. **Prerequisite:** 3 credits of literature at 200-level or above.

# ENGL 316 Eighteenth-Century Literature and Culture

**Credits 3. 3 Lecture Hours.** Period course in English poetry, prose and drama of the 18th century. **Prerequisite:** 3 credits of literature at 200-level or above.

# ENGL 317 Early British Drama

**Credits 3. 3 Lecture Hours.** Period course in early British, non- Shakespearean drama to 1642.
**Prerequisite:** 3 credits of literature at the 200-level or above.

# ENGL 318 Utopian Literature in the English Tradition

**Credits 3. 3 Lecture Hours.** Exploration of the theories and practices of historical and contemporary utopian literature through representative writers and texts. **Prerequisites:** 3 credits of literature at 200-level or above.

# ENGL 320 Technical and Professional Editing

**Credits 3. 3 Lecture Hours.** Principles and techniques of technical editing for print and electronic media, including standards, style, copy-editing, comprehensive editing and project management. **Prerequisite:** ENGL 210.

# ENGL 321 Nineteenth-Century Literature (Romantic)

**Credits 3. 3 Lecture Hours.** Representative texts in English generated throughout the British empire in the late-18th and early-19th centuries. **Prerequisite:** 3 credits of literature at 200-level or above.

# ENGL 322 Nineteenth-Century Literature (Victorian)

**Credits 3. 3 Lecture Hours.** Period course in English poetry and prose of major Victorian authors.
**Prerequisite:** 3 credits of literature at 200-level or above.

# ENGL 323 The American Renaissance

**Credits 3. 3 Lecture Hours.** Period course in the American Renaissance, covering such writers as Emerson, Hawthorne, Thoreau, Alcott, Fuller, Douglass, Melville, Poe, Stowe and Whitman. **Prerequisite:** 3 credits of literature at 200-level or above.

# ENGL 324/FILM 324 Science Fiction and Film

**Credits 3. 3 Lecture Hours.** History and trajectory of science fiction film into the 21st century by filmmakers such as Kubrick, Jenkins, Cameron, Coogler and others. **Prerequisites:** 3 credits of literature at 200-level or above. **Cross Listing:** FILM 324/ENGL 324.

# ENGL 329/AFST 329 African-American Literature Pre-1930

**Credits 3. 3 Lecture Hours.** Major works of the African-American literary tradition from the 18th century to 1930 studied within cultural and historical context. **Prerequisites:** 3 credits of literature at 200-level or

above. **Cross Listing:** AFST 329/ENGL 329.

## ENGL 330 Arthurian Literature

**Credits 3. 3 Lecture Hours.** Legend of King Arthur in English and American literature from its Medieval origins to the present. **Prerequisite:** Junior or senior classification; also taught at Galveston campus.

## ENGL 331 Fantasy Literature

**Credits 3. 3 Lecture Hours.** An exploration of origins and development of fantasy literature, including representative writers, genres and texts. **Prerequisite:** Junior or senior classification.

## ENGL 333/WGST 333 Lesbian, Gay, Bisexual, Transgender and Queer Literatures

**Credits 3. 3 Lecture Hours.** Representations of sexuality and gender from classical times to the present, studied in their historical and cultural contexts. **Prerequisites:** Junior or senior classification. **Cross Listing:** WGST 333/ENGL 333.

## ENGL 334 Science Fiction Present and Past

**Credits 3. 3 Lecture Hours.** Origins and development of the science fiction genre. **Prerequisite:** Junior or senior classification; also taught at Galveston campus.

## ENGL 335 Literature of the Sea

**Credits 3. 3 Lecture Hours.** Significance of the sea in fictional and factual accounts, such as novels, short stories, poems and narratives of sailors and seafaring life. **Prerequisites:** Three credits of literature at 200 level or above; junior or senior classification or approval of instructor; Galveston campus; also taught at College Station campus.

## ENGL 336 Life and Literature of the Southwest

**Credits 3. 3 Lecture Hours.** Exploration of Southwestern literature, including such authors as Abbey, Anaya, Cabeza de Vaca, Cather, Krutch, McCarty, Momaday, Paz, Paredes and Porter. **Prerequisite:** Junior or senior classification.

## ENGL 337 Life and Literature of the American South

**Credits 3. 3 Lecture Hours.** Study of writing and culture of the American South based on reading and analysis of key texts by representative authors. **Prerequisite:** Junior or senior classification.

Case 4:26-cv-00865   Document 14-2   Filed 04/10/26 in TXSD   Page 10 of 19

# ENGL 338 American Ethnic Literature

**Credits 3. 3 Lecture Hours.** Multi-ethnic study of American Literature, the writings of Black Americans, American Indians, Latinos/Latinas, Jewish Americans, as well as other ethnic groups. **Prerequisite:** Junior or senior classification; also taught at Galveston campus.

# ENGL 339/AFST 339 African-American Literature Post-1930

**Credits 3. 3 Lecture Hours.** Major works of the African-American literary tradition from the 1930s to the present studied in their cultural and historical context. **Prerequisites:** 3 credits of literature at 200-level or above. **Cross Listing:** AFST 339/ENGL 339.

# ENGL 340 Modern and Contemporary Drama

**Credits 3. 3 Lecture Hours.** Representative plays and performances from the late nineteenth century to the present. **Prerequisite:** 3 credits of literature at 200-level or above.

# ENGL 342 The Rhetoric of Gender and Health

**Credits 3. 3 Lecture Hours.** Study of field of rhetoric of health and medicine with specific attention to the study of gender, including issues in reproduction, expertise and illness; range of methods and methodological approaches within the field. **Prerequisite:** Junior or senior classification. **Cross Listing:** COMM 342 and WGST 342.

# ENGL 343 Fairy Tales in the English Tradition

**Credits 3. 3 Lecture Hours.** An exploration of the history, development, theory, and practice of fairy tales, including representative writers, sub-genres and texts. **Prerequisite:** 3 credits of literature at 200-level or above.

# ENGL 345 Writers' Studies: Prose or Poetry

**Credits 3. 3 Lecture Hours.** A different topic for fiction writers or poets each term; may include historical development of genres; connection between biography and artistic production; study of writers' theories of the art of fiction or poetry. **Prerequisites:** ENGL 235; junior or senior classification.

# ENGL 347 Writers' Workshop: Prose

**Credits 3. 3 Lecture Hours.** Production of advanced, complete stories; peer workshops; extensive reading. May be repeated 1 time for credit. **Prerequisite:** ENGL 235; junior or senior classification or approval of instructor.

# ENGL 348 Writers' Workshop: Poetry

**Credits 3. 3 Lecture Hours.** Production of advanced, complete poems; peer workshops; extensive reading. May be repeated 1 time for credit. **Prerequisite:** ENGL 235; junior or senior classification or approval of instructor.

# ENGL 350 Twentieth-Century Literature to World War II

**Credits 3. 3 Lecture Hours.** Novelists, poets and dramatists writing in English from the late nineteenth to mid-twentieth century. **Prerequisite:** Junior or senior classification.

# ENGL 351/FILM 351 Advanced Film

**Credits 3. 3 Lecture Hours.** A different film topic each term; sample topics include major directors, historical periods, fiction into film, film genres. May be repeated for credit. **Prerequisite:** ENGL 251/FILM 251 or FILM 251/ENGL 251 or FILM 301 or approval of instructor; junior or senior classification. **Cross Listing:** FILM 351/ENGL 351.

# ENGL 352 Literature, World War II to Present.

**Credits 3. 3 Lecture Hours.** Novelists, poets and dramatists from the World War II era to the present. **Prerequisite:** Junior or senior classification.

# ENGL 353 History of Rhetoric

**Credits 3. 3 Lecture Hours.** Exploration of the major approaches to the theory and practice of oral and written rhetoric and discourse up to the end of the 19th century. **Prerequisites:** Junior or senior classification; also taught at Galveston campus.

# ENGL 354 Modern Rhetorical Theory

**Credits 3. 3 Lecture Hours.** Study of 20th and 21st century rhetorical theories and theorists; focus on relationships among rhetoric and culture, such as rhetoric in oral and textual communities, rhetoric as a method of literary interpretation, rhetoric and linguistics, rhetoric as theorized and taught across academic communities. **Prerequisite:** Junior or senior classification.

# ENGL 355 The Rhetoric of Style

**Credits 3. 3 Lecture Hours.** Fosters an appreciation for and better understanding of English prose style; the history of English prose; representative prose models for analysis and imitation; the impact of computer analysis. **Prerequisite:** Junior or senior classification.

## ENGL 356/FILM 356 Literature and Film

**Credits 3. 3 Lecture Hours.** Novels and films based on them; writers and filmmakers such as Virginia Woolf, John Steinbeck, John Ford, Sally Potter, John Huston, Charlotte Bronte and Peter Bogdonavich.
**Prerequisites:** Junior or senior classification or approval of instructor. **Cross Listing:** FILM 356/ENGL 356.

## ENGL 357 Native American Rhetorics and Literatures

**Credits 3. 3 Lecture Hours.** Examination of Native American rhetorics and literatures with a focus on the relationship between composed, performed, and material rhetorics; covering Native American rhetors and writers from pre-colonization to the present and contextualizing them within contemporary Native issues.
**Prerequisite:** Junior or senior classification or approval of instructor.

## ENGL 358/FILM 358 Screenwriting

**Credits 3. 3 Lecture Hours.** Analysis of screenplay structure coupled with writing assignments illustrating principles of form. **Prerequisite:** Junior or senior classification. **Cross Listing:** FILM 358/ENGL 358.

## ENGL 359 Forms of Creative Writing

**Credits 3. 3 Lecture Hours.** Major forms of writing in prose or poetry, depending on instructor; analysis of structure coupled with writing assignments illustrating principles of form in narrative and/or lyrical modes. May be taken three times for credit. **Prerequisites:** ENGL 235; junior or senior classification.

## ENGL 360 Literature for Children

**Credits 3. 3 Lecture Hours.** Representative writers, genres, texts and movements. **Prerequisite:** Junior or senior classification.

## ENGL 361 Young Adult Literature

**Credits 3. 3 Lecture Hours.** Survey of historical and contemporary literature for adolescents, including such forms as fantasy, domestic fiction, and the problem novel. **Prerequisite:** Junior or senior classification.

## ENGL 362/HISP 362 Latino/a Literature

**Credits 3. 3 Lecture Hours.** Literature by U.S.-based Latino/a authors writing mostly in English; examination of historical and social contexts of cultural production; may include novels, poetry, short stories, plays, and films to gain understanding of aesthetic expression of diverse Latino/a authors, including but not limited to Mexican Americans, Puerto Ricans, Cuban Americans, and Dominican Americans. **Prerequisite:** Junior or senior classification. **Cross Listing:** HISP 362/ENGL 362.

Case 4:26-cv-00865 Document 14-2 Filed 04/10/26 in TXSD Page 13 of 19

# ENGL 365/RELS 360 The Bible as Literature

**Credits 3. 3 Lecture Hours.** Narrative, structural, and thematic study of the Hebrew and Christian Scriptures in English translation. **Prerequisite:** Junior or senior classification. **Cross Listing:** RELS 360/ENGL 365.

# ENGL 366/FILM 366 Horror Studies

**Credits 3. 3 Lecture Hours.** History, theories and major subgenre developments of contemporary horror studies in film and literature. **Prerequisites:** Junior or senior classification. **Cross Listing:** FILM 366/ENGL 366.

# ENGL 369/WGST 369 Lesbian, Gay, Bisexual, Transgender, and Queer Authorship

**Credits 3. 3 Lecture Hours.** Exploration of LGBTQ+ authorship through film and literary criticism and theories of performing the self in the act of authoring. **Prerequisites:** Junior or senior classification. **Cross Listing:** WGST 369/ENGL 369.

# ENGL 372 American Poetry

**Credits 3. 3 Lecture Hours.** Exploration of the development of American poetic traditions, with an emphasis on the major poetry of 19th and 20th centuries. **Prerequisite:** 3 credits of literature at 200-level or above.

# ENGL 373 American Realism and Naturalism

**Credits 3. 3 Lecture Hours.** Exploration of the literature produced in the United States between the Civil War and World War I, such as works by Twain, James, Freeman, Jewett, Chesnutt, Crane, Dreiser, Wharton. **Prerequisites:** 3 credits of literature at 200-level or above.

# ENGL 374/WGST 374 Women Writers

**Credits 3. 3 Lecture Hours.** History of literature by women in English; emphasis on continuity of ideas and on literary contributions; study of a variety of genres with particular attention to the significance of gender in the racial, social, sexual and cultural contexts of women writing in English. **Prerequisite:** Junior or senior classification; ENGL-374 also taught at Galveston campus. **Cross Listing:** WGST 374/ENGL 374.

# ENGL 375 Nineteenth-Century American Novel

**Credits 3. 3 Lecture Hours.** An exploration of the development of the American novel; study of representative novels from the early national period, the American Renaissance, and realism and naturalism. **Prerequisite:** 3 credits of literature at 200-level or above.

Case 4:26-cv-00865 Document 14-2 Filed 04/10/26 in TXSD Page 14 of 19

# ENGL 376 The American Novel Since 1900

**Credits 3. 3 Lecture Hours.** Representative novels of 20th and 21st century American writers; emphasis on varied literary movements and on thematic and formal innovations as reflections of/responses to social transformations in American society since 1900. **Prerequisite:** Junior or senior classification.

# ENGL 377 The British Novel to 1870.

**Credits 3. 3 Lecture Hours.** Representative works illustrating the development of the novel, by writers resident in Great Britain and its colonies, from its beginnings to the late nineteenth century. **Prerequisite:** 3 credits of literature at 200-level or above.

# ENGL 378 The British Novel, 1870 to Present.

**Credits 3. 3 Lecture Hours.** Representative works illustrating development of the novel by writers resident in Great Britain and its colonies from the late nineteenth century forward. **Prerequisite:** Junior or senior classification.

# ENGL 379/AFST 379 Postcolonial Literatures

**Credits 3. 3 Lecture Hours.** Exploration of key terms, themes and debates within global literature written by colonized, occupied and diasporic peoples. **Prerequisites:** 3 credits of literature at the 200-level or above. **Cross Listing:** AFST 379/ENGL 379.

# ENGL 385 Playwriting

**Credits 3. 3 Lecture Hours.** The craft of writing plays and practical experience in writing plays of various lengths; structure, building of ideas into dramatic situations, use of dialogue and movement. **Prerequisite:** ENGL 235; junior or senior classification or approval of instructor.

# ENGL 386 Creative Nonfiction

**Credits 3. 3 Lecture Hours.** Practical study and application of literary nonfiction, the general audience essay, the memoir, and related nonfiction forms; with extensive workshop time and attention given to student writing, expert and peer review as well as readings from authors in the genre. **Prerequisites:** ENGL 235; junior or senior classification.

# ENGL 390 Studies in British Literature

**Credits 3. 3 Lecture Hours.** Exploration of a significant topic or period in British literature; features current faculty research on such topics as Victorian fantasy literature, social identity in medieval Britain and Ireland and children in film. May be repeated 1 time for credit. **Prerequisites:** 3 credits of literature at 200-level or above; junior or senior classification.

# ENGL 391 Folklore, Literature, and World Cultures

**Credits 3. 3 Lecture Hours.** Theories of folklore and vernacular culture; exploration of the relationship between oral literature and the forms of vernacular culture, including film, festival and dance. **Prerequisites:** Junior or senior classification.

# ENGL 392/RELS 392 Studies in Literature, Religion and Culture

**Credits 3. 3 Lecture Hours.** Exploration of literature treating significant religious topics in the context of cultural setting; features current faculty research on such topics as Tolkien and the making of myth, C.S. Lewis, texts and cultures of the Middle East and Victorian women writers and religion. May be repeated one time for credit. **Prerequisites:** 3 credits of literature at 200-level or above; junior or senior classification. **Cross Listing:** RELS 392/ENGL 392.

# ENGL 393/AFST 393 Studies in Africana Literature and Culture

**Credits 3. 3 Lecture Hours.** Literary movements, genres, groups of authors, topics or issues in the literature and culture of people of African descent. **Prerequisites:** 3 credits of literature at 200-level or above; junior or senior classification or approval of instructor. **Cross Listing:** AFST 393/ENGL 393.

# ENGL 394 Studies in Genre

**Credits 3. 3 Lecture Hours.** Theory and practice of a single genre including analysis of its history and development; features current faculty research on such topics as women standup comics, British short stories and Irish history on stage and screen. May be repeated once for credit. **Prerequisites:** 3 credits of literature at 200-level or above; junior or senior classification.

# ENGL 395 Topics in Literature and Medicine

**Credits 3. 3 Lecture Hours.** Examination of a particular period or genre within literature and medicine studies; analysis of autobiographies, novels and poetry dealing with health and illness; evaluation of sources from different disciplinary perspectives as a tool for critical thinking; topics will vary. **Prerequisite:** 3 credits of literature at the 200-level or above; junior or senior classification.

# ENGL 396 Studies in American Literature

**Credits 3. 3 Lecture Hours.** Exploration of a significant topic or period in American literature; features current faculty research on such topics as Asian-American women writers, American music and literature and American Gothic. **Prerequisites:** 3 credits of literature at 200-level or above; junior or senior classification.

# ENGL 401 Contemporary Literary Theory

**Credits 3. 3 Lecture Hours.** Exposure to the discourses of contemporary theory in engagement with other academic disciplines; study of major theoretical schools, debates, and critiques. **Prerequisites:** 3 credits of literature at the 300-level; junior or senior classification.

## ENGL 403 Language and Gender

**Credits 3. 3 Lecture Hours.** Language and gender from a sociolinguistic perspective; gender in the words and structures of language; gender representation and gendered language use in the media, and a variety of sociocultural contexts; language use in intimate relationships; computer-mediated discourse; language, sexuality, and sexual orientation. **Prerequisite:** Junior or senior classification. **Cross Listing:** LING 403 and WGST 403.

## ENGL 412 Studies in Shakespeare

**Credits 3. 3 Lecture Hours.** Advanced study of a significant topic in Shakespeare. **Prerequisites:** 3 credits of literature at the 300-level; junior or senior classification.

## ENGL 414 Milton

**Credits 3. 3 Lecture Hours.** In-depth study of poetry and selected prose works of John Milton. **Prerequisite:** 3 credits of literature at the 300-level; junior or senior classification.

## ENGL 415 Studies in a Major Author

**Credits 3. 3 Lecture Hours.** Exploration of a major author as a vehicle for emphasizing intensive analysis, scholarship and literary criticism. **Prerequisite:** 3 credits of literature at 300-level; junior or senior classification; also taught at Galveston campus.

## ENGL 431 Chaucer

**Credits 3. 3 Lecture Hours.** Intensive analysis of Chaucer's works in Middle English, including engagement with published criticism and scholarship. **Prerequisite:** 3 credits of literature at 300-level; junior or senior classification; also taught at Galveston campus.

## ENGL 433 Digital Humanities Theory and Practice

**Credits 3. 3 Lecture Hours.** The use of digital tools for conducting humanities research; theoretical ideas that inform the field; application of theory to the critical assessment of online digital projects in the field. **Prerequisite:** Junior or senior classification. **Cross Listing:** DHUM 433 and HIST 433.

## ENGL 434 Advanced Studies in Science Fiction and Fantasy

**Credits 3. 3 Lecture Hours.** Exploration of significant topics, authors, movements, genres, and media in science fiction and fantasy. May be repeated one time for credit. **Prerequisite:** 3 credits of literature at the 300-level or above.

## ENGL 435 Advanced Studies in Creative Writing

**Credits 3. 3 Lecture Hours.** Advanced study of specified topics in a creative writing genre or genres. May be repeated two times for credit. **Prerequisites:** 3 credits of creative writing at the 300-level; junior or senior classification.

## ENGL 460 Digital Authoring Practices

**Credits 3. 3 Lecture Hours.** Analysis and practice of authoring in digital environments, including individual and collaborative approaches, audience concerns, theoretical, ethical and stylistic issues; environments and topics may include web design, content management system (CMS), text encoding, project management, usability, version tracking, content authoring and accessibility. **Prerequisites:** ENGL 210; junior or senior classification.

## ENGL 461 Advanced Syntax and Rhetoric

**Credits 3. 3 Lecture Hours.** Points of view toward language study; traditional syntax; points of view toward rhetoric; Christensen's rhetoric of the paragraph; analysis of written discourse. **Prerequisite:** Senior classification or approval of instructor.

## ENGL 462 Rhetoric in Cultural Context

**Credits 3. 3 Lecture Hours.** Theories concerning the influence of socio-cultural context on expressive forms and how such forms are used to achieve social and communicative aims; analysis of examples of written, verbal, and visual rhetorics from various cultures illustrating the impact that expressive forms have on social life. **Prerequisites:** Junior or senior classification.

## ENGL 463 Science Writing

**Credits 3. 3 Lecture Hours.** Analysis and practice of writing about science in multiple genres for a variety of audiences; includes grant writing, scientific editing, medical writing, data visualization, environmental writing, information ethics and plagiarism, authorship and attribution, and ghostwriting. **Prerequisites:** Junior or senior classification or approval of instructor.

## ENGL 467/GLST 467 Cultural Texts as Data

**Credits 3. 3 Lecture Hours.** Exploration of concepts, tools, methods, and approaches to computationally manipulating cultural texts and large text corpora such as academic databases and newspaper, periodical, and social media archives; identification of connections between cultural phenomena through analysis of

patterns of meaning, linguistic etymologies, and cultural biases. **Prerequisites:** Junior or senior classification, or approval of instructor. **Cross Listing:** GLST 467/ENGL 467.

## ENGL 474/WGST 474 Studies in Women Writers

**Credits 3. 3 Lecture Hours.** A different topic each term examining women's writing through historical period, genre, cross-cultural study and/or feminist literary theory. May be repeated for credit. **Prerequisites:** 3 credits of literature at the 300-level; junior or senior classification. **Cross Listing:** WGST 474/ENGL 474.

## ENGL 481 Senior Seminar

**Credits 3. 3 Lecture Hours.** Capstone seminar on significant figures, movements or issues with special attention to methods and materials of scholarship.**Prerequisites:** ENGL 303; senior classification.

## ENGL 482/HHUM 482 Advanced Studies in Health Humanities

**Credits 3. 3 Lecture Hours.** Capstone course; application of skills and knowledge acquired during health humanities concentration coursework; exposure to specialized methods of inquiry; development and execution of an individualized final project. **Prerequisites:** ENGL 107, COMM 107, HHUM 107, ENGL 292, ENGL 342, COMM 342, WGST 342, or ENGL 395; junior or senior classification. **Cross Listing:** HHUM 482/ENGL 482.

## ENGL 484 Internship

**Credits 0 to 3. 0 to 3 Lecture Hours.** Directed internship in a public or private organization to provide students with on-the-job training and applied research experience appropriate to career objectives. May be taken three times for credit. Must be taken on a satisfactory/unsatisfactory basis. **Prerequisites:** Approval of department head; junior or senior classification; also taught at Galveston campus.

## ENGL 485 Directed Studies

**Credits 0 to 3. 0 to 3 Other Hours.** Readings selected for specific need of major or minor in English; also taught at Galveston campus.

## ENGL 489 Special Topics in...

**Credits 1 to 4. 1 to 4 Lecture Hours.** Selected topics in an identified area of English language and literature; also taught at Galveston campus. May be repeated for credit.

## ENGL 491 Research

**Credits 0 to 3. 0 to 3 Lecture Hours.** Research conducted under the direction of faculty member in English. May be taken three times for credit. **Prerequisites:** 12 credits of English, including 3 at 300-level; junior or

Case 4:26-cv-00865 Document 14-2 Filed 04/10/26 in TXSD Page 19 of 19

senior classification and approval of instructor; also taught at Qatar campus.

## ENGL 497 Independent Honors Studies

**Credits 0 to 3. 0 to 3 Other Hours.** Directed independent studies in the English language and English or American literature. **Prerequisites:** Junior or senior classification either as Honors student or with overall GPR of 3.5 and letter of approval from head of student's major department. May be repeated for credit.