# EXHIBIT C



# Welcome to ENGL 360: Summer II 2025!

| WHEN AND WHERE | CONTACT ME |
|---|---|
| ENGL 360: 200<br>Literature for Children<br><br>Meets 12-1:35pm MTWThF<br>LAAH 466 | Dr. Melissa McCoul<br>Email: mmccoul@tamu.edu<br>Office Hours: **2-4pm Tuesdays and Wednesdays** in 561 LAAH or by appointment.<br><br>**Zoom office hours also available! Just email me to set up a time.** |

## COURSE DESCRIPTION

Maybe you grew up reading Harry Potter or *Holes,* Nancy Drew or the Narnia stories. Maybe you were a comic-book kid. Whatever your personal predilections, you probably already have a pretty good sense of what children's literature is. But as soon as you try to define it, you'll find that safe-seeming category becomes slippery. In this course, we will begin to tease out the boundaries of this capacious category called "children's literature." What counts? Who decides? What differentiates writing for children from writing for adults? Why should we, as adults, read children's literature?



In this course, we will explore a range of children's literature in English, including picture books, poetry, contemporary novels, historical fiction, and fantasy. Our task is to think critically about what these books can tell us about how we (and others) understand childhood, how those definitions have changed over time, and how these books participate in larger movements of history, culture, and literature.

## COURSE OBJECTIVES

### By the end of this course, you will be able to:

- Define both childhood and children's literature—and the problems with those definitions.
- Think critically about your own interpretations, culture, and reading practices.
- Synthesize main ideas from readings and present them to classmates with clarity and confidence.

- Use formal, analytical tools to analyze the stylistic and rhetorical moves of visual and verbal texts.
- Develop specific, arguable thesis statements from textual evidence.
- Recognize, compare, synthesize, and assess competing interpretations of a text.
- Defend your own interpretations of a text with specific evidence.
- Experiment with reading and writing in different genres related to children's literature.
- Articulate the creative decisions involved when reading and writing in different genres.
- Analyze the current trends of the larger field of children's literature scholarship.

## Core Curriculum Objectives:

This course falls in the KPLC category of the Core Curriculum. Courses in this category focus on how ideas, values, beliefs, and other aspects of culture express and affect human experience. Courses involve the exploration of ideas that foster aesthetic and intellectual creation in order to understand the human condition across cultures. The following skills will be addressed in the courses that comprise this area: critical thinking, communication, social responsibility, and personal responsibility.

1. Critical Thinking: Critical Thinking Skills are "to include creative thinking, innovation, inquiry, and analysis, evaluation and synthesis of information."
2. Communication: Communication Skills are "to include effective development, interpretation and expression of ideas through written, oral, and visual communication."
3. Social Responsibility: Social Responsibility is "to include intercultural competence, knowledge of civic responsibility, and the ability to engage effectively in regional, national, and global communities."
4. Personal Responsibility: Personal Responsibility is "to include the ability to connect choices, actions and consequences to ethical decision-making."



## Beliefs about Learning:

In this class, we will operate from the assumption that learning is an active and social process. We will read, write, and respond to children's literature in a variety of ways, including independent research, individual writing, analytical and creative assignments, and discussion groups. Learning occurs when we make connections to our own experiences, beliefs, and reading practices, and so we will regularly reflect on our readings. You will collectively be responsible for generating the questions and ideas that will drive our inquiry. Together, we will seek out the concepts that matter to our lives, and practice using the texts we read to provide insight.

Please note that this is not a course on pedagogical strategy. Although we will talk about and model some educational perspectives, this will not be primarily a course about classroom management, building a classroom library, or supporting developing readers. If you are interested in working with or writing for children, please come talk to me and we can discuss further resources available to you.

# WHAT YOU'LL NEED

## Textbooks and Readings:

**You will need a copy of EACH of the books listed below in blue**. All course texts are available through the campus bookstore and elsewhere. You are welcome to use any edition or version of the books you prefer, including electronic texts, older editions, and library copies. You are free to read ahead, but please avoid spoilers in full class discussion until the last day for a given book. Other readings will be available on Canvas.

- *Princess, Princess Ever After,* Katie O'Neill, 2016. ISBN: 978-1620103401. $7.99
- *The Marvellers,* Dhonielle Clayton, 2022. ISBN: 9781460762882. $9.99
- *Prairie Lotus,* Linda Sue Park, 2022. $6.99. ISBN: 978-0358454632
- *The War That Saved My Life,* Kimberly Brubaker Bradley, 2015. ISBN: 9780147510488.
- *Jude Saves the World,* Ronnie Riley, 2023. ISBN: 978-1338855876. $14.88
- *Frizzy,* Claribel A. Ortega, 2022. ISBN: 978-1250259639. $10.99

You will also have the ability to choose which text you want to read three times during the semester. **Therefore, pick ONE of EACH of the following THREE pairs:**

1) *King and the Dragonflies,* Kacen Callender, 2020. $8.69 ISBN: 978-1338129335 **OR** *Hurricane Child,* Kacen Callender, 2019. $7.49, ISBN: 978-1338129311
2) *World Made of Glass,* Ami Polonsky, 2023. $8.99. ISBN: 978-0316462044 **OR** *Red, White and Whole,* Rajani LaRocca, 2021. $7.11. ISBN: 978-0063047440
3) *Other Words for Home,* Jasmine Warga, 2021, $7.99. ISBN: 978-0062747815 **OR** *Mirror to Mirror*, Rajani LaRocca, 2023, $7.99. ISBN: 978-0063047471



## Other Supplies:

- Reliable, high-speed internet access
- Texas A&M email account, checked daily
- Laptop, tablet or other device to access the internet
- Word processing software

# ASSIGNMENTS

## Childhood Reading Reflection: DUE July 7

At the beginning of the semester, you will write a **2-3pg reflection** on your own childhood and present reading habits. Think back: what was the first book you remember reading, or loving? What genres of book did you prefer, and why? How did you choose what books to read? What influences, such as teachers, parents, librarians, or friends, shaped the books you chose, and how? Why do you think you were especially drawn to what you loved? If you remember hating a particular book or kind of book, why do you think that was? How did your childhood reading choices shape your reading practices today? What can be learned about who you are based on what you read?



## Close Reading Portfolio: DUE July 9, July 16, July 23

**Three times during the semester, you will write a 2-3pg essay** analyzing the literary details of a short passage from a text of your choice. For each essay, you will analyze the significance of the words, images, rhetorical devices and other features of this passage in detail. You will then argue for the importance of this selection to the meaning of the text as a whole. You may use these essays as an opportunity to trace an important idea through several sections of a text, or to "zoom in" on a particularly nuanced or compelling passage. Each essay will focus on direct textual evidence from one book, and so no outside research or works cited page is required. **After each assignment, you will complete a peer review on the Close Reading of TWO classmates** (specific instructions will be provided). You should carefully read the feedback you receive from your peer reviewers and from me, and ask any questions you have during office hours or via email. Each peer review will prepare you to write the next paper, and you will be given the opportunity to revise one paper (see below in policies section).

## Research Reports: DUE July 14, July 21, July 28 (pick TWO)

**Twice during the semester, you will write a 2-3pg report** on the state of the scholarly conversation surrounding children's literature. For each report, you will select a text, author, or important concept that we have discussed or one that you want to know more about. You will research your subject and locate at least one scholarly, peer-reviewed article or book chapter, written since 2015, and specifically on children's literature (not childhood in other contexts). Once you have found an article or book chapter, you will read it and analyze the author's main claims, the kinds of evidence they use to support those claims, how this article shapes your reading of the course text(s), and how it engages with other research and readings you have done to date. Finally, you will suggest THREE additional scholarly books, chapters, or articles that a reader interested in this subject might want to pursue. (You do not need to read these supplementary sources in full, merely know of them). Each paper will include a works cited in MLA 9 with FOUR sources (the main article you are analyzing, and the three supplementary texts).

## Narrative Adaptation: Draft DUE July 30, Final DUE August 1

For this assignment, you'll have a chance to try your hand at writing children's fiction! Choose any narrative text we have read to date. This may be a novel, poem, picture book, or graphic novel. Imagine that you are a children's author, and I, the general editor of a popular children's literature press, have asked you to provide a new book based on this text. **You will write a 4-5pg sample chapter of your imagined book, then provide a 1-2pg rough outline of what the rest of the work's plot and structure would look like. Finally, you will write a 1-2pg "letter to the editor" (me)** in which you explain how your text arises from and builds on the original, as well as why you made the choices you did, and how you believe your text continues the messages of the original. You may choose to write a sequel or prequel, to write fanfiction based on a course text, or to write your adaptation from the perspective of a different character or set in a different location or time from the original. However, the resulting text must be appropriate for children, and there must be continuity between the style, characters, and

themes of the original and your adaptation. The outline and letter should be written in an engaging, professional voice. You should submit all parts together as a single .pdf or .docx file.

## TBR Pile: Due August 4

Even with adult readers, I can only assign a small fraction of the excellent children's books out there in a five-week summer class. I don't want your experience with children's literature to end with our class, though! For this reason, **you will be building your own TBR (or To-Be-Read) Pile over the semester:** a list of children's titles you would like to read after the end of this class. You will start a book list on Goodreads which you will share with me and some of your classmates. You might consider adding books based on genre or subject matter, or you might look up earlier or forthcoming books by authors you enjoyed. Alternately, you may consider making the TBR list on behalf of someone you might like to read *with:* what kind of books might your child, sibling, neighbor, etc. want to read? Rather than worrying too much about form or coverage, you should be primarily concerned with finding books you (and the children in your life) will actually want to read! **Several times during the semester, I will ask you to share your evolving TBR Pile** and a short rationale with the rest of the class. **On August 4, you will submit a link to your final TBR Pile, containing at least TEN texts, along with a 1-2pg reflection** explaining how you made the choices you did, why certain books made the list, and what you (and any



children in your life!) hope to read next, along with any other information about your reading choices that seems relevant.

## Final Project: Draft DUE August 5, final DUE August 7

Imagine that our course lasted for an additional week. If you were the instructor, what extra novels, stories, poems or picture books would you have students read? What additional assignment would you have us complete? Now's the chance to find out! **You will craft a 1-2pg reading schedule and a 1-2pg lesson plan OR assignment sheet**. A lesson plan would cover the lectures and activities for one 95-minute class period, while an assignment sheet would provide directions for one major assignment you expect students to complete outside of class.  **Finally, you will write a 2-3pg rationale** in which you analyze how and why you chose your theme and texts, how your unit would fit into the pre-existing course structure, and what you hope students will learn and how. Your rationale should also address what you believe the goals of my class were and what you learned through both this 5-week course and the process of this final project.

# GRADING

## Numerical Grade Equivalents:

Please note that the registrar only accepts whole letter final grades under the following standard scale: A = 100-90, B = 89-80, C = 79-70, D = 69-60, F = 59 or less.

I only assign an "A" to work that is insightful, original, thought-provoking, and considerably beyond the basic requirements of the assignment. A general rule of thumb is that a C is average work that fulfills the assignment, a B is a well-done piece of work, and an A simply blew me away.

## Grade Breakdown

| Assignment | Percentage | Points Possible | Due Date |
| --- | --- | --- | --- |
| In-Class Writing | 10% | 100 | Ongoing |
| Peer Review | 5% | 50 | Ongoing |
| Reading Reflection | 5% | 50 | July 7 |
| Close Reading Essays | 30% | 100 each | Drafts: July 9, 16, 23 |
| Research Reports | 15% | 75 each | July 14, 21, 28 (pick 2) |
| Narrative Adaptation | 15% | 150 | Draft July 30, final Aug. 1 |
| TBR Pile | 5% | 50 | August 4 |
| Final Project | 15% | 150 | Draft Aug. 5, final Aug. 7 |
| **TOTAL** | **100%** | **1000 points** | |

# Paper Policies

## Late and Lost Papers:

**All assignments are due by 11:59pm on the day listed on the syllabus.** Please be sure to turn papers in on time. However, I recognize that life can sometimes throw a wrench in our best laid plans. For that reason, **if you turn in an assignment up to three days late, I will grade it for full credit**. After that point, I will deduct a flat 10% late penalty (from 100% to 90%, for instance). This penalty will not stack, and is intended to encourage you to keep up with the class and submit work on time, without discouraging you from completing work if you get behind. I do, however, retain the right to refuse any work that is incomplete, does not address the terms of the assignment, or does not allow time for peer review or other interactive elements. **No late work will be accepted after July 31.**



## Revision:

Over the course of the semester, **you may choose to revise ONE of your major assignments** (Reading Reflection, Close Readings, Research Reports) for a higher grade. Revision is purely optional, but if you wish to revise, you must meet the following criteria:

- You received an 80% or lower on the assignment in question
- You turned the original paper in within the grace period
- You made a good faith effort in the original paper. Examples of papers that are NOT good faith efforts might include those that are drastically too short, did not engage with the assignment, used AI and/or were plagiarized.

If you decide to revise, you must email me to request revision **no later than July 29, for a meeting no later than July 30.** In the email, tell me which paper you plan to revise, and offer a meeting time that works for you. During our meeting, we will discuss your paper and your revision plan, and then determine a new due date. Revision due dates do not have grace periods.

Your revision will be subject to the same policies as the original assignment and will be graded on the same rubric. The grade you earn on the revision will replace the original grade in my gradebook.

# PARTICIPATION

## In-Class Writing:

10% of your overall grade is devoted to daily in-class writing. **For each class, you will come prepared with TWO discussion questions** on that week's assigned reading. These questions may deal with the primary novel, the secondary readings, or both. Each day, I will use your discussion questions and responses to direct our lessons and further discussions. I will also ask you to complete additional in-class writing or small-group activities. You can add all of the day's in-class writing to one piece of paper. **At the end of class, you will turn in your paper by hand, which will serve as a record of your attendance** as well as your participation. Many students find these in-class writings are good starting points for more formal written assignments, so I strongly encourage you to keep them over the semester. **I ONLY accept in-class writing on the day each is assigned, and they cannot be turned in digitally unless we have a previous agreement in writing.**



## Peer Review:

**Another 5% of your overall grade will come from peer reviews.** On the days labeled in green on the reading schedule below, **bring the draft of your current assignment with you to class AND upload it to Canvas for my feedback.** You may review your work with several peers during class. You will also be assigned two peers' essays to read through Canvas. Provide commentary on their drafts using the commenting function in Canvas (instructions will be provided in class). THEN, upload a copy of their papers with your feedback, **along with a short (1-2 paragraph) reflection on the process of peer review,** to the appropriate peer review dropbox, by the days listed in purple on the syllabus. After each peer review, be sure to read your comments from peers and from me carefully, taking them into account as you revise your work. **Please note: peer review is mandatory, and a partial exception to the grace period.** Failure to upload your peer review comments within three days of the deadline will result in a 0 on the peer review assignment.

## Other Ways to Participate:



These in-class writings and peer reviews are a major part of class participation, but they aren't the only ways to participate! These activities can also factor into your participation grade:

- Coming to office hours or a separate appointment
- Asking questions through email
- Making an appointment with the Writing Center
- Using the library resources on Canvas
- Making an appointment with a librarian
- Taking thoughtful notes
- Making diagrams or charts of complicated ideas
- Writing/underlining in your book
- Sharing ideas in group work
- Providing feedback on the work of others

## Attendance:

It is my expectation that you will complete classwork and submit assignments in the order they are assigned, by the deadlines listed, without either skipping ahead or falling behind. You should expect to log in to Canvas and check your TAMU email daily. **You may miss up to FOUR classes without penalty, no questions asked.** Additional absences must be excused with documentation, or your overall grade will drop. **Students who miss more than EIGHT classes for any reason are at risk to fail the course, regardless of work turned in.** If you must miss time in the course and its activities, it is your responsibility to inform me via email so we can work out alternate arrangements as needed.

## R-E-S-P-E-C-T:

Some of the material in this class might be controversial, and it is likely differing opinions will emerge. You are certainly not required to agree with me (or your peers), or to adhere to any particular viewpoints. However, I do insist upon respectful, courteous dialogue, especially in matters where emotions run high. You should demonstrate, in all class discussions, an understanding of good rhetorical principles, including listening politely, summarizing points clearly, disagreeing respectfully, and responding to conflict ethically. You are wholeheartedly encouraged to share your perspectives, but always be sure to keep your focus on the issue or argument at hand, and never the person with whom you disagree. **Sexist, racist, homophobic, transphobic or otherwise incendiary and intolerant language will not be accepted.**

# Other Resources

## Disability Support Services:

Texas A&M University is committed to providing equitable access to learning opportunities for all students. If you experience barriers to your education due to a disability or think you may have a disability, please contact Disability Resources in the Student Services Building or at (979) 845-1637 or visit disability.tamu.edu. Disabilities may include, but are not limited to attentional, learning, mental health, sensory, physical, or chronic health conditions. All students are encouraged to discuss their disability related needs with Disability Resources and their instructors as soon as possible.



## Title IX and Statement on Limits to Confidentiality:

Texas A&M University and the College of Liberal Arts are committed to fostering a learning environment that is safe and productive for all. Although class materials are generally considered confidential, University employees — including instructors — cannot maintain confidentiality when it conflicts with their responsibility to report certain issues that jeopardize the health and safety of our community. As the instructor, I must report the following information to other University offices if you share it with me, even if you do not want the disclosed information to be shared: Allegations of sexual assault, sexual discrimination, or sexual harassment when they involve TAMU students, faculty, or staff. These reports may trigger contact from a campus official who will want to talk with you about the incident that you have shared. In many cases, it will be your decision whether or not you wish to speak with that individual. You are encouraged to make an appointment with the Student Counseling Service: https://scs.tamu.edu. Students and faculty can report concerning, non-emergency behavior at http://tellsomebody.tamu.edu.



## Copyright Statement

All materials produced for this course are protected by federal copyright law. These materials can include, but are not limited to, this syllabus, class handouts, course notes, PowerPoint slides, slides or information printed on paper or provided virtually using any or all other software, course packets, and content on Canvas. You may not sell, lend, make publicly available, or copy these materials. Distribution of these materials in any way, including digital versions of documents and information, may constitute a violation of copyright law, the Texas A&M University Student Code of Conduct as described in Student Rule 24, and/or the Aggie Honor Code as described in Student Rule 20.

## Academic Integrity:

"An Aggie does not lie, cheat or steal, or tolerate those who do." Students are expected to be aware of the Aggie Honor Code, the specific rules on plagiarism, and the Honor Council Rules and Procedures pertaining to classroom behavior as explained at http://aggiehonor.tamu.edu.

## Generative AI Writing:

We in the Department of English believe that writing is central to the production of knowledge. The written word is how ideas circulate but, more importantly, the act of crafting words, sentences, paragraphs, and essays refines thoughts into ideas that matter. As such, we strongly stand against the usage of generative artificial intelligence—applications such as ChatGPT or Bard—as a replacement for the act of writing that has been the bedrock of human knowledge for thousands of years.

Writing has always incorporated tools as well as the voices and ideas of other people. GenAI can be a powerful tool in any writer's arsenal, but its use is not without risk. While GenAI's ability to convincingly string words together has a place in the writing process, it also risks introducing factual inaccuracies and, more importantly, risks making invisible the important connections between writing and thinking we are cultivating in this class.

Given these risks and the importance I place on writing as your thought process, **the use of GenAI in this class will be treated as plagiarism.** As such, any usage of GenAI will be subject to the university's academic integrity policy, which may include, but is not limited to, failing the assignment and/or disciplinary action.

## University Writing Center:

The mission of the University Writing Center (UWC) is to help you develop and refine the communication skills vital to success in college and beyond. You can schedule an in-person or online appointment to discuss any kind of writing or speaking project, including research papers, lab reports, application essays, or creative writing. Their consultants can work with you at any stage of your process, whether you're deciding on a topic or reviewing your final draft. You can also get help with public speaking, presentations, and group projects. To schedule an appointment or to view their handouts, videos, or interactive learning modules, visit writingcenter.tamu.edu. Questions? Call 979-458-1455 or email uwc@tamu.edu.



# GET IN TOUCH!

## Email:

Please email me at **mmccoul@tamu.edu** with any questions about the course, the readings, or your assignments. Since emails are a professional mode of correspondence, be sure any emails to me include a clear subject line that clues me in to what you need, a greeting, properly formatted body text, and a signature.

**Here's a sample email:**

Dear Dr. McCoul (Professor is also acceptable),

I hope your weekend was nice (or some other way to recognize our shared humanity). I'm in your XXX class. I have the following question: XXX. I've tried X, Y, and Z to solve my problem, but I'm still confused. Here's what I'd like you to do: XXX. Thank you!

Your name.



**ALWAYS INCLUDE YOUR CLASS, SECTION NUMBER AND NAME. Please allow 24 hours for a response.**

## Office Hours:

My office hours are time I set aside every week for you. This semester, my office hours **Tuesday and Wednesday from 2-4pm in 561 LAAH.** You can drop in any time during these hours to discuss questions about the reading, the course policies, your assignments, or even just to chat. If my regular office hours don't work for you, email me to request an alternative appointment. I also have zoom availability if that works better for you. If you plan to discuss one of your papers in my office hours, be sure to have access to the most recent draft.

**EXTRA CREDIT:** Come to my office hours or make a separate appointment with me by **Wednesday, July 16** for 10 points of extra credit! To earn this extra credit, simply come to office hours prepared with three questions, comments, or ideas about this syllabus, the course, the assignments, or anything else related to children's literature. We'll talk about your questions during our meeting. Each student can only claim this extra credit once, but you can attend office hours as many times as you want! (In fact, I highly encourage repeat visits!)

   

12

## Schedule of Readings:

All assignments due on Canvas by 11:59pm on the day listed. This reading schedule is subject to change. Readings in orange or purple are from our course novels (they alternate for easier reading.) The "Assignments Due" are also color-coded: green for drafts, purple for peer review, and dark blue for final drafts. **All other readings will be available on Canvas.**

| DATE | Unit 1: Introduction and Picture Books | ASSIGNMENTS DUE |
|---|---|---|
| Wed, July 2 | **Welcome!** | |
| Thur, July 3 | Gubar, Marah. "Risky Business: Talking About Children in Children's Literature Criticism." *Children's Literature Association Quarterly* vol. 38, no. 4, Winter 2013, pp. 450-457.<br><br>"Some Common Assumptions About Children." Perry Nodelman. https://perrynodelman.com/some-common-generalizations-about-children/<br><br>Bishop Sims, Rudine. "Mirrors, Windows, and Sliding Glass Doors." *Perspectives: Choosing and Using Books for the Classroom* vol. 6, no. 3, Summer 1990. | |
| Fri, July 4 | **NO CLASS; HAPPY FOURTH OF JULY!** | |
| Mon., July 7 | Ciecierski, Lisa et al. "New Perspectives on Picture books." *Athens Journal of Education*, vol. 4, iss. 2, pp. 123-136, 2016.<br><br>Gibson, Jennifer. "Text Optional: Visual Storytelling with Wordless Picturebooks." *Children and Libraries*, Summer 2016, pp. 3-7.<br><br>Nel, Phillip. "Was the Cat in the Hat Black? Exploring Dr. Seuss's Racial Imagination." *Children's Literature* 42, 2014, pp. 71-98. | **Childhood Reading Reflection Due** |
| DATE | Unit 2: Fantasy | ASSIGNMENTS DUE |
| Tue., July 8 | *Princess, Princess, Ever After* | **WRITING CENTER VISIT** |
| Wed., July 9 | *Princess, Princess, Ever After*<br>"My Gay Agenda: Embodying Intersectionality in Children's Literature Scholarship." *The Lion and the Unicorn* vol. 41, no. 1, January 2017, pp. 104-112 | **Close Reading One DRAFT** |
| Thurs., July 10 | *The Marvellers*<br>Thomas, Ebony Elizabeth. "Introduction: The Dark Fantastic: Race and the Imagination Gap." *The Dark Fantastic: Race and the Imagination from Harry Potter to the Hunger Games*. New York University Press, 2019, pp. 1-14. | **Close Reading One Peer Review** |
| Fri., July 11 | *The Marvellers* | |
| Mon., July 14 | *King and the Dragonflies* OR *Hurricane Child*<br>De la Pena, Matt. **"**Why We Shouldn't Shield Children From Darkness." January 9, 2018. *Time.com*.<br>https://time.com/5093669/why-we-shouldnt-shield-children-from-darkness/ | **Research Report One Due** |

| | DiCamillo, Kate. "Why Children's Books Should Be a Little Sad." January 12, 2018. *Time.com.* https://time.com/5099463/kate-dicamillo-kids-books-sad/ | |
| Tue., July 15 | *King and the Dragonflies* OR *Hurricane Child* | |
| Wed., July 16 | *King and the Dragonflies* OR *Hurricane Child* | **Close Reading Two DRAFT** **DEADLINE FOR EXTRA CREDIT** |
| **DATE** | **Unit 3: Historical Fiction** | **ASSIGNMENTS DUE** |
| Thur., July 17 | *Prairie Lotus* "Introduction: Migration, Refugees, and Diaspora in Children's Literature." Philip Nel. *Children's Literature Association Quarterly*, vol. 43, no. 4, Winter 2018, pp. 357-362. | **Close Reading Two Peer Review Due** |
| Fri., July 18 | *Prairie Lotus* Smulders, Sharon. " 'The Only Good Indian': History, Race, and Representation in Laura Ingalls Wilder's *Little House on the Prairie*." *Children's Literature Association Quarterly*, vol. 27, no. 4, Winter 2002, pp. 191-202. | |
| Mon., July 21 | *The War That Saved My Life* Jackson-Retondo, Marlena. "Choosing Children's Books that Include and Affirm Disability Experiences." *KQED: Mindshift.* July 24, 2023. https://www.kqed.org/mindshift/62049/choosing-childrens-books-that-include-and-affirm-disability-experiences | **Research Report Two Due** |
| Tues., July 22 | *The War That Saved My Life* Meyer, Abbye E. " 'But she's not retarded': Contemporary Adolescent Literature Humanizes Disability but Marginalizes Intellectual Disability." *Children's Literature Association Quarterly* vol. 38, no. 3, Fall 2013, pp. 267-283. | |
| Wed., July 23 | *World Made of Glass* **OR** *Red, White and Whole* Abate, Michelle Ann. "Verse-atility: The Novel in Verse and the Revival of Poetry." *The Lion and the Unicorn*, vol. 42, 2018, pp. v-viii. | **Close Reading Three DRAFT** |
| Thur., July 24 | *World Made of Glass* **OR** *Red, White and Whole* "Queer History and Moral Maturation in YA Lit About the AIDS Crisis," Gabriel Duckels. *Mortality*, vol. 26, iss. 4, 2021, pp. 424-438. | **Close Reading Three Peer Review** |
| Fri., July 25 | *World Made of Glass* **OR** *Red, White and Whole* | |
| **DATE** | **Unit 4: Contemporary Realism** | **ASSIGNMENTS DUE** |
| Mon., July 28 | *Jude Saves the World* "Transgender Books in Transgender Packages: The Peritextual Materials of Young Adult Fiction." Emily Corbett. *International Journal of Young Adult Literature,* vol. 1, no. 1, 2020, pp. 1-25. Available on Canvas. | **Research Report Three Due** |
| Tues., July 29 | *Jude Saves the World* | |
| Wed., July 30 | *Frizzy* Garcia, Marilisa Jimenez. "The Lens of Latinx Literature." *Children's Literature*, vol. 47, 2019, pp. 1-8. Available on Canvas. | **Narrative Adaptation Draft Due** |
| Thur., July 31 | *Frizzy* | **Narrative Adaptation Peer Review** |

| | "The Elevation of Black Girls' Hair: An Analysis of Visual Representations in Children's Picturebooks." Reka C. Barton et al. *Journal of Early Childhood Literacy* vol. 0, iss. 0, 2022, pp. 1-23. | **DEADLINE FOR LATE WORK** |
|---|---|---|
| Fri., Aug. 1 | ***Other Words for Home* OR *Mirror to Mirror*** <br> **If you read *Other Words for Home:*** Moller, Karla J. "Mirrors and Windows Through Literature Featuring Arabs, Arab Americans, and People of Islamic Faith." *Journal of Children's Literature,* vol. 40, no. 2, 2014, pp. 65-72. <br> **If you read *Mirror to Mirror:*** Han, Shin Ae et al. "Racial Stereotypes and Counter-Narratives in Children's Literature: Critical Content Analysis Using AsianCrit." *Early Childhood Education Journal*, 2024, pp. 1-10. | **Narrative Adaptation Final Due** |
| Mon., Aug. 4 | ***Other Words for Home* OR *Mirror to Mirror*** <br> Norbury, Katherine. "Writerly Sisters and Maternal Absence in Contemporary Young Adult Fiction." *Children's Literature Association Quarterly,* vol. 49, no. 2, Summer 2024, pp. 202-221. | **TBR Due** |
| Tues., Aug. 5 | **LAST DAY OF CLASS! Bring your Final Unit Plan drafts for in-person peer review** | **Final Unit Plan Draft Due** |
| Wed., Aug. 6 | **NO CLASS** | **Final Unit Plan Peer Review Due** |
| Thurs., Aug. 7 | **NO CLASS** | **Final Unit Plan Due** |

