**UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION**

DR. MELISSA MCCOUL

 *Plaintiff,*

v.

          CASE NO. 4:26-CV-00865

THE TEXAS A&M UNIVERSITY SYSTEM, *et. al.,*

 *Defendants.*

---

**DEFENDANTS' UNOPPOSED MOTION TO WITHDRAW AND SUBSTITUTE COUNSEL**

---

NOW COME Defendants and file this Unopposed Motion to Withdraw and Substitute counsel of record in this litigation. Defendants respectfully withdraw Keith Ingram and designate Wade Johnson as their lead counsel of record. This withdrawal is unopposed and will not delay any proceedings.

Wade Johnson is admitted to practice in the United States Court for the Southern District of Texas and is a member in good standing of the State Bar of Texas. Defendants request that Mr. Johnson be served with all future correspondence and pleadings using the following contact information below:

Date: May 4, 2026

KEN PAXTON
Attorney General of Texas

BRENT WEBSTER
First Assistant Attorney General

RALPH MOLINA
Deputy First Assistant Attorney General

ROB FARQUHARSON
Deputy Attorney General for Legal Strategy

RYAN G. KERCHER
Chief, Special Litigation Division

Respectfully submitted.

*/s/ Wade Johnson*

WADE JOHNSON
Deputy Chief, Special Litigation Division
Texas State Bar No. 24062197
SDTX No. 1055556
Wade.johnson@oag.texas.gov

BRIAN B. TUNG
Assistant Attorney General
Special Litigation Division
Texas State Bar No. 24145179
SDTX No. 3937738
Brian.Tung@oag.texas.gov

LAUREN E. SAEGER
Assistant Attorney General
Texas State Bar No. 24149365
SDTX No. 3943412
lauren.saeger@oag.texas.gov

OFFICE OF THE ATTORNEY GENERAL OF
TEXAS
Special Litigation Division
P.O. Box 12548, Capitol Station
Austin, Texas 78711-2548
Tel.: (512) 463-2100

COUNSEL FOR DEFENDANTS

## CERTIFICATE OF CONFERENCE

I hereby certify that on May 4, 2026, I conferred with all counsel by email, and none were opposed to this motion.

*/s/ Wade Johnson*
WADE JOHNSON

**CERTIFICATE OF SERVICE**

Pursuant to Federal Rule of Civil Procedure 5(a), I hereby certify that on May 4, 2026, a true and correct copy of the above and foregoing document has been served using the CM/ECF system to all counsel and parties of record.

Amanda L. Reichek
Texas State Bar No. 24041762
S.D. Texas Bar No. 840975
**TILLOTSON JOHNSON & PATTON**
(214) 382-3041 Telephone
(214) 292-6564 Facsimile
areichek@tillotsonlaw.com

*/s/ Wade Johnson*
WADE JOHNSON
Deputy Chief

3