United States District Court
Southern District of Texas

**ENTERED**

May 07, 2026

Nathan Ochsner, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| MELISSA MCCOUL | § | CIVIL NO. 4:26-CV-00865 |
| | § | |
| TEXAS A&M UNIVERSITY SYSTEM, et al. | § | |
| | § | |
| | § | |

## **SCHEDULING ORDER**

1. Trial:  Estimated time to try: \<ETT\> days   ☐ Bench   ☐ Jury

2. New parties must be joined by:   8/7/26

   *Furnish a copy of this scheduling order to new parties.*

3. The plaintiff's experts will be named with a report furnished by:   9/11/26

4. The defendant's experts must be named with a report furnished by:   10/13/26

5. Discovery must be completed by:   11/13/26

   *Counsel may agree to continue discovery beyond the deadline, but there will be no intervention by the Court.  No continuance will be granted because of information acquired in post-deadline discovery.*

6a. Dispositive Motions will be filed by:   12/14/26

6b. Responses due by:   1/13/27

7. Non-Dispositive Motions will be filed by:   12/14/26

8. Parties will mediate the case by:   11/27/26

9. Joint pretrial order is due:   6/25/27

   *The plaintiff is responsible for filing the pretrial order on time.*

10. Pretrial Conference is set for **1:30 PM** on:   7/26/27

11. Trial is set for **9:00 AM** on:   8/9/27
    *The case will remain on standby until tried.*

Signed on May 6, 2026, at Houston, Texas.

Dena Hanovice Palermo
United States Magistrate Judge