# Exh. 2

**IN THE UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF TEXAS**
**HOUSTON DIVISION**

| | | |
|---|---|---|
| DR. MELISSA MCCOUL, | § | |
| | § | |
| *Plaintiff,* | § | |
| | § | |
| V. | § | CIVIL ACTION NO. 4:26-CV-00865 |
| | § | |
| THE TEXAS A&M UNIVERSITY | § | |
| SYSTEM, ET AL., | § | |
| | § | |
| *Defendants.* | § | |

**Declaration of Amanda Reichek in support of Plaintiff's**
**Response to Defendants' Motion to Dismiss**

1. My name is Amanda Reichek. I am over the age of 18, of sound mind, and have personal, firsthand knowledge of the facts set forth herein. I am a member in good standing of the United States District Court for the Southern District of Texas, and the State Bar of Texas.

2. Attached are the following exhibits: These are exact duplicates of the original records.

Exhibit 2-A: A true and correct copy of the curriculum vita of Dr. Marah Gubar, provided to me by Dr. Gubar ahead of the CAFRT hearing, and produced by Defendants as DEF 312-326.

Exhibit 2-B: A true and correct copy of @GregAbbott_TX, X (October 19, 2025, 11:49 AM), http://x.com/GregAbbott_TX/status/1979953044977598674.

Exhibit 2-C: A true and correct copy of @brianeharrison, X (July 10, 2025, 10:20 AM), https://x.com/brianeharrison/status/1943329558863974875?s=20.

Exhibit 2-D: A true and correct copy of @brianeharrison, X (September 8, 2025, 11:44 AM), https://x.com/brianeharrison/status/1965093859488399406, also produced by Defendants as DEF 266-275.

Exhibit 2-E: A true and correct copy of Texas A&M Office of the President, "A Statement from Texas A&M University President Mark A. Welsh, III", FACEBOOK (September 8, 2025), https://www.facebook.com/TAMUPresident/posts/1167025155238396?rdid=URty47l dCOXWQArv#.

Exhibit 2-F: A true and correct copy of @TAMU, X (September 8, 2025, 10:15 PM), https://x.com/TAMU/status/1965252609033327010?s=20.

Exhibit 2-G: A true and correct copy of @GregAbbott_TX, X (September 9, 2025, 12:29 PM), https://x.com/GregAbbott_TX/status/1965467515485860093, also produced by Defendant as DEF 258-265.

Exhibit 2-H: A true and correct copy of @TAMU, X (September 9, 2025, 6:47 PM), https://x.com/TAMU/status/1965562640769437956.

Exhibit 2-I: A true and correct copy of @Glenn_Hegar, X (September 8, 2025, 7:00 PM), https://x.com/Glenn_Hegar/status/1965203549945811437?s=20.

Exhibit 2-J: A true and correct copy of Dr. McCoul's request for a hearing before the CAFRT hearing tribunal to appeal her termination.

Exhibit 2-K: A true and correct copy of the November 18, 2025 "Findings and Recommendation of the CAFRT Hearing Panel for Dr. Melissa McCoul," which was emailed to me on November 21, 2025 from Texas A&M University's Director of Faculty Compliance.

Exhibit 2-L: A true and correct copy of the Texas A&M University's Academic Freedom Council's September 25, 2025 Case Evaluation Regarding Dr. Melissa McCoul and ENGL 360, which I obtained via public information request from Texas A&M University.

Exhibit 2-M: A true and correct copy of a December 23, 2025 email to me from Texas A&M University's Director of Faculty Compliance with attached "final decision in the matter of Dr. Melissa McCoul as issued by the Chancellor."

Exhibit 2-N: A true and correct copy of Texas A&M University System Policy 01.01: System Policies and Regulations, and Member Rules and Procedures, accessible at: chrome-extension://efaidnbmnnnibpcajpcglclefindmkaj/https://policies.tamus.edu/01-01.pdf.

Exhibit 2-O: A true and correct copy of Texas A&M University System Policy 02.02: Office of the Chancellor, accessible at chrome-extension://efaidnbmnnnibpcajpcglclefindmkaj/https://policies.tamus.edu/02-02.pdf.

Exhibit 2-P: A true and correct copy of the Bylaws of the Board of Regents of The Texas A&M University System, accessible at https://www.tamus.edu/regents/bylaws/.

Exhibit 2-Q: A true and correct copy of "First Amendment Freedoms at Texas A&M University," published by the Division of Student Affairs, as referenced in Texas A&M University's Minimum Syllabus Requirements produced by Defendants as DEF 51-60, accessible at https://firstamendment.tamu.edu/.

Exhibit 2-R: A true and correct copy of "Expressive Activity on Campus" published by the Division of Student Affairs, as referenced in Texas A&M University's Minimum Syllabus Requirements produced by Defendants as DEF 51-60, accessible at https://firstamendment.tamu.edu/expressive-activity/.

In accordance with 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing is true and correct.

May 23, 2026
Date

/s/ Amanda L. Reichek
Amanda L. Reichek