# Exh. 2-A

4/10/2023

# MARAH GUBAR

Literature Section
Massachusetts Institute of Technology
77 Massachusetts Avenue
Cambridge, MA 02139

Home: (412) 404-7111
Office: (617) 324-6305
Fax: (617) 253-6105
Email: gubar@mit.edu

## EMPLOYMENT

Associate Professor, Literature Department, MIT, 2014-

Associate Professor, Department of English, University of Pittsburgh, 2009-2014

Director, Children's Literature Program, University of Pittsburgh, 2006-2014

Assistant Professor, Department of English, University of Pittsburgh, 2002-2009

## EDUCATION

Ph.D.   Princeton University, in English Literature, November 2002

B.A.    University of Michigan (Ann Arbor), in English Literature, 1995

B.F.A.  University of Michigan (Ann Arbor), in Musical Theatre, 1995

## BOOKS

*Artful Dodgers: Reconceiving the Golden Age of Children's Literature* (Oxford University Press, 2009)
- Winner of the 2009 Children's Literature Association Book Award
- Featured as a *Times Higher Education* Book of the Week, 6/8/2009
- Excerpted in the Norton Critical Edition of *Alice in Wonderland* (3rd ed., 2013; 4th ed., forthcoming), edited by Donald J. Gray

*How to Think about Children: Childhood Studies in the Academy and Beyond*
- Work-in-progress

## ESSAYS

"Choreographing Kinship: The Adult-Child *Pas de Deux* in *Day on Earth* and *Lineage.*" In *Producing Children: Critical Studies in Childhood Agency and Creativity.* edited by Pete Kunze and Victoria Ford Smith (currently under review)

"Innocence." *Keywords for Children's Literature, Second Edition,* edited by Philip Nel, Lissa Paul, and Nina Christensen. NYU Press, 2021: 105-109.

"Toothless Pedagogy? Problematizing Paternalism in Children's Literature and Childhood Studies." *Children's Literature* 48 (2020): 153-197

Gubar/1

DEF_000312

"Urchins, Unite: *Newsies* as an Antidote to *Annie*." In *Children, Childhood, and Musical Theater*, edited by James Leve and Donelle Ruwe. Routledge, 2020: 138-163.

"Child." *VLC: Victorian Literature and Culture* 46.3/4 (Fall/Winter 2018): 616–621

"Seen and Heard: Remembering Children's Art and Activism." *Los Angeles Review of Books* 20 (November 2018): 42–51.
- Reprinted online at: https://lareviewofbooks.org/article/seen-heard-remembering-childrens-art-activism/

"Empathy is Not Enough." Review of Angie Thomas's *The Hate U Give, Public Books* (July 2017): http://www.publicbooks.org/empathy-is-not-enough/

"The Cult of the Child Revisited: Making Fun of Fauntleroy." *Late Victorian into Modern (Oxford 21st-Century Approaches to Literature)*, edited by Laura Marcus, Michèle Mendelssohn, and Kirsten Shepherd-Barr. Oxford University Press, 2016: 398–413

"The Hermeneutics of Recuperation: What a Kinship-Model Approach to Children's Agency Could Do for Children's Literature and Childhood Studies." *Jeunesse: Young People, Texts, Cultures* 8.1 (2016): 291–310
- Translated into Spanish for inclusion in *Campo en formación. Textos clave para la crítica de literatura infantil a juvenil* (under review at Metales Pesados), a book featuring "Spanish-language translations of insightful and fundamental academic contributions made in Children's Literature Studies," edited by Macarena Gonzalez, Evelyn Arizpe, and Andrea Casals

"Losing Their Religion." Review of Frances Hardinge's *The Lie Tree. Public Books* (December 2016): http://www.publicbooks.org/fiction/losing-their-religion

"The Teflon Kid: How Annie Enables Apathy About Inequality." *Public Books* (January 2015): http://www.publicbooks.org/multigenre/the-teflon-kid-how-annie-enables-apathy-about-inequality

"Unsettling Sentimentality: Scrapbooks, Children's Books, and the Assembled Narratives of Duane Michals." *Duane Michals, Storyteller*, edited by Linda Benedict-Jones. Carnegie Museum of Pittsburgh and Prestel Publishing, 2014: 90–115
- One of LensCulture's "2014 Photobooks of the Year"
- One the *Daily Beast*'s "Best Coffee Table Books of 2014"

"The Mixed-Up Kids of Mrs. E. L. Konigsburg." *Public Books* (June 2014): http://www.publicbooks.org/fiction/the-mixed-up-kids-of-mrs-e-l-konigsburg
- Reprinted in *Think in Public: A Public Books Reader* (Columbia University Press, 2019), edited by Sharon Marcus and Caitlin Zaloom: 409–420

DEF_000313

"Pitt Pioneers: or, How Our Faculty Helped Establish Children's Literature and Childhood Studies in the Academy." Co-written with Anna Redcay. University of Pittsburgh Children's Literature Program website (June 2014): http://www.childrenslit.pitt.edu/our-history

"Entertaining Children of All Ages: Nineteenth-Century Popular Theater as Children's Theater." *American Quarterly* 66.1 (March 2014): 1–34
- Honorable Mention, Oscar G. Brockett Essay Prize, awarded in 2015 by the American Society for Theatre Research and Oscar G. Brockett Center

"Risky Business: Talking About Children in Children's Literature Criticism." *Children's Literature Association Quarterly* 38.4 (Winter 2013): 450–457
- Winner of a 2013 Children's Literature Association Article Honor Award
- Translated into Danish by Nina Christensen for the "Børnelitteratur nu!" special issue of the journal *Passage* 75 (Sommer 2016): 21–28

"Body Projects: The Killer Makeover in Recent YA Dystopias." *Public Books* (May 2013): http://publicbooks.org/fiction/body-projects-the-killer-makeover-in-recent-ya-dystopias

"Good Morning iPad: Technology in Twenty-First-Century Picture Books." *Public Books* (December 2012): http://www.publicbooks.org/fiction/good-morning-ipad

"Who Watched *The Children's Pinafore*? Age Transvestism on the Nineteenth-Century Stage." *Victorian Studies* 54.3 (Spring 2012): 410–426
- Featured on *JSTOR Daily* (November 15, 2022): https://daily.jstor.org/topsy-turvy-children-in-adult-roles/

"Children and Theatre." Editor's introduction, special issue of *The Lion and the Unicorn* 36.2 (April 2012): v–xiv

"Innocence." *Keywords for Children's Literature*, edited by Philip Nel and Lissa Paul. New York University Press, 2011: 121–127

"Lewis Carroll and the Cult of the Child." Program Note for the Pittsburgh Symphony Orchestra's "Twisted Classics" Program (May 2011): 444–445

"On Not Defining Children's Literature." *PMLA* 126.1 (January 2011): 209–216

"*Peter Pan* as Children's Theatre: The Issue of Audience." *The Oxford Handbook of Children's Literature*, edited by Julia Mickenberg and Lynn Vallone. Oxford University Press, 2011: 475–495

"All That David Copperfield Kind of Crap." Posted in 2011 on the Children's Literature Association website: https://www.childlitassn.org/assets/docs/resources-resources-gubar.pdf

"The Drama of Precocity: Child Performers on the Victorian Stage." *The Nineteenth-Century Child and Consumer Culture*, edited by Dennis Denisoff. Ashgate, 2008: 63–78

DEF_000314

"Lewis in Wonderland: The Looking-Glass World of *Sylvie and Bruno*." *Texas Studies in Literature and Language* 48.4 (December 2006): 372–394

"The Victorian Child." The University of Pittsburgh's *Representing Childhood* website (2005): http://www.representingchildhood.pitt.edu/victorian.htm

"'Whacked-Out Partners': The Inversion of Empathy in the *Joey Pigza* Trilogy." *Children's Literature in Education* 35.3 (September 2004): 219–239
- Reprinted in "Disabilities in Children's Literature," *Children's Literature Review* 126 (2008), edited by Tom Burns: 95–106

"Childhood." *Encyclopedia of the Victorian Era*. Ed. James Eli Adams. Danbury, CT: Grolier (2004): 243-247

"Lewis Carroll." *Encyclopedia of the Victorian Era*. Ed. James Eli Adams. Danbury, CT: Grolier (2004): 207-209

"Species Trouble: The Abjection of Adolescence in E. B. White's *Stuart Little*." *The Lion and the Unicorn* 27.1 (January 2003): 98–119
- Winner of the 2003 Children's Literature Association Article Award

"Revising the Seduction Paradigm: The Case of Ewing's *The Brownies*." *Children's Literature* 30 (2002): 42–65

"Partners in Crime: E. Nesbit and the Art of Thieving." *Style* 35.3 (Fall 2001): 410–429

"'Where is the Boy?': The Pleasures of Postponement in the *Anne of Green Gables* Series." *The Lion and the Unicorn* 25.1 (January 2001): 47–69
- Excerpted in the Norton Critical Edition of *Anne of Green Gables* (2006), edited by Mary Henley Rubio and Elizabeth Waterston: 359–365
- Included in *Children's Literature Review* 145 (Gale Group, 2009)

## NATIONAL PUBLIC RADIO PIECES

"Alice's Adventures in Music." Interviewed on *Soundcheck* (7/27/2009)

"The Evolution of *Peter Pan*." Interviewed on *All Things Considered* (11/14/2004)

"Children's Book Awards." Commentary on *Morning Edition* (1/12/2004)

"Famous Pigs in Kid's Lit." Commentary on *Day to Day* (1/7/2004)

"Few Surprises in Big New *Potter* Book." Review on *Weekend Edition* (6/29/2003)

"Boarding School Literature." Interviewed on *Weekend Edition* (6/21/2003)

Gubar/4

DEF_000315

ACADEMIC BOOK REVIEWS

Book review of *The Afterlife of Little Women* by Beverly Lyon Clark. *Children's Literature* 44 (June 2016): 244–250

Book review of *Freud in Oz: At the Intersections of Psychoanalysis and Children's Literature* by Kenneth B. Kidd. *Critical Quarterly* 54.3 (October 2012): 115–120

Book review of *Kipling's Children's Literature: Language, Identity, and Constructions of Childhood* by Sue Walsh. *NBOL-19* (posted 8/2010): http://www.nbol-19.org/view_doc.php?index=99

Book review of *Children's Literature: A Reader's History From Aesop to Harry Potter* by Seth Lerer. *Children's Literature Association Quarterly* 35.2 (Summer 2010): 210–21

Book review of *Looking Glasses and Neverlands: Lacan, Desire, and Subjectivity in Children's Literature* by Karen Coats. *Children's Literature* 33 (2005): 285-288

Book review of *Lewis Carroll and His Illustrators: Collaborations and Correspondences, 1865-1898*, edited by Morton Cohen and Edward Wakeling. *Children's Literature Association Quarterly* 29 (Spring/Summer 2004): 134-136

Book review of *Madder Music, Stronger Wine: The Life of Ernest Dowson, Poet and Decadent* by Jad Adams. *Victorian Studies* 45.2 (Winter 2003): 373-375

AWARDS AND FELLOWSHIPS

Margaret MacVicar Faculty Fellow, 2023-
- Recognizes MIT faculty who have made "exemplary and sustained contributions to the teaching and education of undergraduates at MIT"; $10,000 a year for ten years to support the fellow's research or teaching activities

Teaching with Digital Technology Award, 2020
- A student-nominated award of $500 for instructors who have effectively used digital technology to improve teaching and learning at MIT

James A. and Ruth Levitan Teaching Award, 2019
- Student-nominated teaching award; $2,000 to support an MIT SHASS faculty member's research and professional activities

Honorable Mention, Oscar G. Brockett Essay Prize, 2015
- Awarded by the American Theatre Research Society and Oscar G. Brockett Center for my article "Entertaining Children of All Ages: Nineteenth-Century Popular Theater as Children's Theater." *American Quarterly* 66.1 (March 2014): 1–34

Children's Literature Association Article Honor Award, 2013

DEF_000316

- Awarded jointly to a forum that included my essay "Risky Business: Talking About Children in Children's Literature Criticism" *Children's Literature Association Quarterly* 38.4 (Winter 2013): 450–457

University of Pittsburgh Chancellor's Distinguished Teaching Award, 2013
- $2,000 and a grant of $3,000 to support the faculty member's teaching activities; the highest teaching honor given to faculty at Pitt

University of Pittsburgh Humanities Center Internal Faculty Fellowship, Spring 2013

Children's Literature Association Book Award, 2009
- Awarded for *Artful Dodgers: Reconceiving the Golden Age of Children's Literature* (Oxford University Press, 2009)

University of Pittsburgh Innovation in Education Award, 2004
- $18,000 to create the interactive website "Representing Childhood": http://www.representingchildhood.pitt.edu/

Children's Literature Association Article Award, 2003
- Awarded for "Species Trouble: The Abjection of Adolescence in E. B. White's *Stuart Little.*" *The Lion and the Unicorn* 27.1 (January 2003): 98-119

University of Pittsburgh FAS Type I Third Term Research Grant, Summer 2003
- $4000 to complete *Artful Dodgers* (Oxford UP, 2009)

Woodrow Wilson Postdoctoral Fellowship in the Humanities, 2002-4 (declined)
- $35,500 per year for two years at Indiana University, to teach one course per semester and conduct postdoctoral research

Jacob K. Javits Fellowship, 1997-1999, 2000-2002
- $14,400 stipend plus tuition per year for four years; a national fellowship to support outstanding doctoral students in the Arts, Humanities, and Social Sciences

Association of Princeton Graduate Alumni Teaching Award, 2000-1
- $1000; the highest honor given to graduate student instructors at Princeton

Margaret Goheen Travel Grant, Princeton University, Summer 2000
- $400 to support my trip to the Children's Literature Association Conference to present a talk "Species Trouble: The Abjection of Adolescence in *Stuart Little.*"

Cotsen Junior Teaching Fellowship, Princeton University, 1999-2000
- $16,000 stipend (plus tuition) for the year, and the opportunity to work with Cotsen Faculty Fellow Dr. Elaine Showalter on developing an English Department Pedagogy Seminar

DEF_000317

## INVITED TALKS AND EVENTS

"Choreographing Kinship and Destigmatizing Dependency: The Adult-Child *Pas de Deux* in Fact, Fiction, and Film." Plenary talk for "Children's Literature Summer School," Antwerp (Belgium), forthcoming Summer 2023

"Burlesquing Burnett: or, What Can We Learn from *The Little Pinheads*?" Invited talk, Nanyang Technological Institute in Singapore (on Zoom), March 2023

"'Little Girls, Little Girls': The Role Anne(s) Played in the Evolving Cult of the Child." Keynote lecture, "L. M. Montgomery and Re-vision" conference, Prince Edward Island University, Canada (June 2022)

"Children's Voices in Sendak's Work." Invited talk for *A Scholarly Symposium on the Art of Maurice Sendak,* University of Connecticut, February 2022

"Seen and Heard: Children's Art and Activism with Marah Gubar." Interviewed by Neil Wilson as part of the Ottawa International Writer's Festival "Republic of Childhood and Youth" program, December 2021:
https://vimeo.com/656273760/2e76d05f2a

"Access Points: Children, Artists, and Museums." Invited participant in a Radcliffe Exploratory Seminar organized by Boston's Institute of Contemporary Art (ICA) as part of its planning process for its upcoming exhibition *To Begin Again: Artists and Childhood* (on Zoom), October 2021

"Rethinking Childhood Studies Today." Invited talk at Queen Mary University in London (on Zoom), May 2021

"Wild Visionary: A Book Launch and Conversation on Maurice Sendak." Invited to moderate a panel that included Brian Selznick and Gregory Maguire at Tulane University (on Zoom), March 2021:
https://www.youtube.com/watch?v=TB32VVmK2Zs

"Making Room for Child Writers in Children's Literature Studies." Invited talk at Dublin City University (on Zoom), February 2021

"Anne's Monologues and the Theatrical Cult of the Child." Keynote for the "L. M. Montgomery and Vision" conference, Prince Edward Island University (Canada), June 2020. Cancelled due to coronavirus
- For the online event they hosted instead, I co-presented a shorter talk called "Archives and Algorithms: Analyzing Anne's Monologues" with MIT undergraduate research assistant Funing Yang: https://journaloflmmontgomerystudies.ca/vision-forum/archives-and-algorithms

"Ogling Babies." Invited talk at "The Child: An Object of Curiosity in Modern Science and Entertainment," École des Hautes Études en Sciences Sociales (EHESS), Paris (France), 2020. Cancelled due to coronavirus

DEF_000318

"Rethinking Paternalism." Women Scholars' Speaker Series, Institute for Child and Youth Studies, University of Lethbridge (Canada), March 2019

"Toothless Pedagogy." Keynote for the Australasian Children's Literature Association for Research (ACLAR) biennial conference, Victoria University (New Zealand), July 2018

"Listening to Children in the 1970s." Keynote for the University of Southern Mississippi's graduate student conference "The Contradictions of Youth: Children and Childhood in Culture," April 2018

"Listening to Children in the 1970s." 2017 Robert M. Gay Memorial Lecture, Simmons College, February 2017

"The Children at the Door of Children's Literature Studies." Keynote for the Hollins Graduate Program in Children's Literature's annual Francelia Butler Conference, Hollins University, July 2016

"Sending Up the Cult of the Child." Victorian Literature and Culture seminar, Mahindra Humanities Center, Harvard University, September 2015

"Age and Agency: Studying Children, Theorizing Childhood." Invited talk, University of Connecticut, April 2015

"Sending Up the Cult of the Child." Invited talk, Hazel Dick Leonard Symposium, Simmons College, April 2015

"Back to the Future." Plenary panel on "The Futures of Childhood Studies" at the conference "Fun with Dick and Jane: Gender and Childhood," University of Notre Dame, December 2014

"'That Terrible Masterpiece': *Peter Pan*, *Finding Neverland*, and the Cult of the Child." Burchard Scholars Dinner, MIT, October 2014

"Infant Punks International." University of California, Berkeley, April 2014

"Creative Voice, Compromised Agency, and the Co-Production of Children's Culture," Keynote speaker for 14th Annual "Craft Critique Culture" graduate student conference, University of Iowa, April 2014

"Sending Up the Cult of the Child." Invited talk, Washington University in St. Louis, December 2013

"On Being Wrong About Children" and "No Voice? Child Collaborators and the Co-Produced Picture Book." Invited talks, Cambridge University (UK), May 2013

"Krauss, Sendak, and the Agency of Children." Job talk, MIT, May 2013

"Infant Punks International." Invited speaker, conference on "Race, Nation and Empire on the Victorian Stage," Lancaster University (UK), July 2012

Gubar/8

DEF_000319

"Acting Up: Children, Agency, and the Case for Childhood Studies." "State of the Field Symposium: Performing Childhood Studies," Texas A&M University, April 2012

"Sending Up the Cult of the Child." National Centre for Research in Children's Literature (NCRCL), Roehampton University, London, May 2011

"Teaching Selfishly." University of Pittsburgh Committee on Pedagogy panel on "The Scholarship of Teaching," February 2011

"On Not Defining Children's Literature: The Case of Victorian Children's Theatre." Columbia University, March 2010

"Dickens and the Anglo-American Cult of the Child." University of North Carolina at Chapel Hill, October 2008

"The Anglo-American Cult of the Child." Job talk, the University of Texas at Austin, September 2008

"Can We Talk About Victorian Children's Theatre?" Keynote lecture at the Southern California Children's Literature Mini-Conference, sponsored by San Diego State University's National Center for the Study of Children's Literature, San Diego, March 2008

"The Cult of the Child." University of Pittsburgh Freshman Lecture Series, Pittsburgh, October 2006

"Peter Pan and the Cult of the Child." University of Pittsburgh Freshman Lecture Series, Pittsburgh, October 2004

"What Can We Learn From Student Written Responses to Literature?" University of Pittsburgh Early Literacy Conference, Pittsburgh, October 2002

"'Six Impossible Things Before Breakfast': The Child as Collaborator in Carroll's *Alice* Books." Job talk given at University of Pittsburgh; Clemson University; and Illinois State University, January 2002

CONFERENCE TALKS AND COLLOQUIA

"Rethinking Innocence with Robert Coles and Ruby Bridges." Children's Literature Association annual conference, Indianapolis, June 2019

"A Response to 'Children and Art III.'" Organizer and Respondent for this Children's Literature Association conference panel, San Antonio, June 2018

"Children and Art." Chair and Respondent for this Children's Literature Association Conference panel, Tampa, June 2017

"Barely Legal: *Erotic Innocence* at Nineteen." Moderator of presidential theme roundtable, MLA, Philadelphia, January 2017

DEF_000320

"What Was So Groovy About the 1970s? Children's Writing Children's Literature (II)." Children's Literature Association annual conference, Columbus, June 2016

"Children's Literature Scholarship and its Publics." Participant in presidential theme roundtable, MLA, Austin, January 2016

"The Strangeness of *Stone Soup*: Children Writing Children's Literature (I)." Children's Literature Association annual conference, Richmond, June 2015

"Coming of Age in Dystopia." Moderator for MIT Communication Forum event featuring Kristin Cashore and Kenneth Kidd, March 2015

"Urchins, Unite: *Newsies* as an Antidote to *Annie*." Modern Language Association (MLA) annual conference, Chicago, January 2014

"The Dirty History of American Children's Theatre." American Society of Theater Research (ASTR) Conference working session, Dallas, November 2013

"Risky Business: Putting the Children Back into Children's Literature Criticism." Children's Literature Association Conference, Biloxi, June 2013

"Who Watched *The Children's Pinafore*?" North American Victorian Studies Association Conference (NAVSA), Nashville TN, November 2011

"The Case for Childhood Studies." Children's Literature Association Annual Conference, Roanoke, VA, June 2011

"Nice to Mice: Children's Literature Studies as Childhood Studies." Multiple Childhoods/Multidisciplinary Perspectives conference, Camden NJ, May 2011

"On Not Defining Children's Literature: The Case of Children's Theatre." Children's Literature Association Annual Conference, Ann Arbor, MI, June 2010

"The Emergence of Children's Theatre and the Issue of the Real Child" and "Getting Ready to Go on the Job Market." Children's Literature Association Annual Conference, Normal IL, June 2008

"Where Rose Goes Wrong" and "Getting Through Graduate School." Both given at the Children's Literature Association Annual Conference, Newport News, VA, June 2007

"'Little Lump[s] of Precocious Vulgarity': Reviling the Victorian Child Actor." University of Pittsburgh Conference on Drama, Theatre, and History, Pittsburgh, PA, March 2006

"Peter Pan and the Cult of the Child Actor." Children's Literature Association Annual Conference, Winnipeg, Canada, June 2005

"The Cult of the Child Actor." Nineteenth Century Studies Association Annual Conference, Augusta, GA, March 2005

"Lewis in Wonderland." Children's Literature Association Annual Conference, Fresno, CA, June 2004

Gubar/10

DEF_000321

"'Whacked-Out Partners': The Inversion of Empathy in *Joey Pigza Swallowed the Key*." American Literature Association (ALA) Annual Conference, Cambridge, MA, May 2003

"The Liminality of *The Little Colonel*." South Atlantic Modern Language Association (SAMLA) Annual Convention, Baltimore, MD, November 2002

"Revamping the New Woman: Lovelace's *Betsy-Tacy* Series." Society for the Study of American Women Writers Conference, San Antonio, TX, February 2001

"The Absentee Parent: Gender and Authority in Edgeworth's *Early Lessons*." British Society for Eighteenth Century Studies Conference, Oxford, England, January 2001

"Species Trouble: The Abjection of Adolescence in *Stuart Little*." Children's Literature Association Annual Conference, Roanoke, VA, June 2000

"'Love in Sequel': Queer Gaps in the *Anne of Green Gables* Series." Popular Culture Association Annual Conference, New Orleans, LA, April 2000

TEACHING

*Undergraduate Courses at MIT*

| | |
|---|---|
| 21L.003: | Reading Fiction (Fall 2014, Spring 2017) |
| 21L.015: | Children's Literature (Fall 2015, Fall 2016, Fall 2017, Fall 2018, Spring 2019, Spring 2020, Fall 2021, Spring 2022) |
| 21L.315: | Prizewinners: How We Got to Hamilton (Spring 2019) |
| 21L.325 | Small Wonders: Children Creating Culture (Spring 2022) |
| 21L.430: | Popular Culture and Narrative (Spring 2015) |
| 21L.434: | Science Fiction and Fantasy (Fall 2015, Fall 2016, Fall 2019, Fall 2020) |
| 21L.449 | The Wilds of Literature (Spring 2018, Spring 2020) |
| 21L.500/21M.729 | How We Got to *Hamilton* (Fall 2022) |
| 21L. 452/24.140 | Literature and Philosophy (Fall 2018, Spring 2023), co-taught with Dr. Kieran Setiya |
| 21L.703 | Studies in Drama (Fall 2017, Fall 2020) |

*Undergraduate Courses at the University of Pittsburgh*

| | |
|---|---|
| EngLit 0505: | Lectures in Literature (Spring 2007, Fall 2007, Spring 2008, Fall 2013, Spring 2014) |

Gubar/11

DEF_000322

| | |
|---|---|
| EngLit 0560: | Children and Culture (Spring 2004, Spring 2005, Spring 2006, Fall 2010, Spring 2011, Fall 2011, Spring 2012) |
| EngLit 0562: | Childhood's Books (Fall 2002, Spring 2003, Fall 2003) |
| EngLit 0655: | Representing Adolescence (Spring 2009) |
| EngLit 1175: | Nineteenth-Century British Literature (Spring 2004, Fall 2004) |
| EngLit 1325: | The Modernist Tradition (Fall 2003) |
| EngLit 1645: | Critical Approaches to Children's Literature (Fall 2002, Spring 2003, Fall 2004, Fall 2006, Fall 2008, Fall 2012) |
| EngLit 1900: | Junior Seminars on "The Cult of the Child" (Fall 2008) and "English Country House Novels" (Spring 2012) |

*Awards Won by Undergraduates*

Vaishnavi Phadnis, MIT junior, 21L.015
- 2021 Carol Gay Award: the Children's Literature Association's prize for the best undergraduate essay of the year on children's literature

Elise Hawthorne, University of Pittsburgh senior, EngLit 1900
- First Prize for Research Writing, University of Pittsburgh 2009 Ossip Awards for Excellence in Undergraduate Writing

Lindsay Rosenberg, University of Pittsburgh senior, EngLit 1900
- First Place, University of Pittsburgh 2009 J. K. and Gertrude Miller Award Competition

Emily Chiarizio, University of Pittsburgh senior, EngLit 1645
- University of Pittsburgh 2009 Award for the Best Undergraduate Essay in Children's Literature

Carolyn Blythe Giles, University of Pittsburgh senior, EngLit 1645
- 2006 Carol Gay Award: the Children's Literature Association's prize for the best undergraduate essay of the year on children's literature
- University of Pittsburgh 2007 Award for the Best Undergraduate Essay in Children's Literature

Elizabeth Criswell, University of Pittsburgh senior, EngLit 1645
- University of Pittsburgh 2004 Award for the Best Undergraduate Essay in Children's Literature

Catherine Keyser, Princeton University senior, Eng 385
- 2001 Carol Gay Award: the Children's Literature Association's prize for the best undergraduate essay of the year on children's literature

*Undergraduate Thesis Advising*

Gubar/12

DEF_000323

Alison Elizabeth Hnatow, "Anne-Girls: Investigating Contemporary Girlhood Through *Anne with an E*"
- Outside reader of this thesis, which she defended in November 2020

Rachel A. McDermott, MIT. "The Significance of Pop-Up: An Exploration of Mechanical Engineering's Impact on Storytelling"
- Co-directed this thesis, which she completed in June 2015

Christopher J. Comer, Pitt. "Recovering the Story: Modernism and the Interwar British Children's Novel, 1918-1939"
- Directed his Honors College BPhil Thesis, which he defended November 2012

*Graduate Teaching at Pitt*

EngLit 2800: "Children's Literature" (Fall 2007, Fall 2013)

Reading Course: "Foundations of Children's Fantasy" (Spring 2007)
- With graduate students Anna Redcay and Cory Goehring

EngLit 2176: "Nineteenth-Century British Novel" (Spring 2006)

EngLit 2230: "Anglo-American Cultural Exchange" (Spring 2005, Spring 2011)

*National Awards Won by Graduate Students*

Amanda Phillips Chapman, University of Pittsburgh third year Ph.D. student
- 2012 Children's Literature Association Graduate Student Essay Award for paper written in EngLit 2230

A. Robin Hoffman, University of Pittsburgh second year Ph.D. student
- 2009 Children's Literature Association Graduate Student Essay Award for paper written in EngLit 2800

Anna Redcay, University of Pittsburgh third year Ph.D. student
- 2008 Children's Literature Association Graduate Student Essay Award for paper written as part of Ph.D. Project

*Graduate Advising: English Ph.D. Dissertation Committees at Pitt*

Amanda Phillips Chapman, "Self-consciousness and Victorian Children's Literature." Dissertation defended in April 2015. Accepted a tenure-track job at Glenville State College

Rebecca Wigginton. "The Representation of Sleepwalking in Victorian Literature and Culture." Dissertation defended in September 2014

Kerry Mockler, "Neighborhoods of Make-Believe." Dissertation defended in April 2015

Gubar/13

DEF_000324

Alexandra Valint, "'My Portion of These Pages': Multiple Narrators in the Victorian Novel." Dissertation defended July 2012. Accepted a tenure-track job at the University of Southern Mississippi

A. Robin Hoffman, "Victorian Alphabet Books and the Limits of Children's Literature." Dissertation defended in May 2012. Accepted a postdoctoral fellowship and then a permanent position as an Assistant Curator at the Yale Center for British Art
• Dissertation Committee Chair

Brie Owen, "Queer Theory and the Logic of Adolescence." Dissertation defended in Summer 2011. Accepted adjunct then tenure-stream job at the University of Nebraska

Cory Goehring, "The Poetic Moment: The Impact of Wordsworth in Melville's Writing." Dissertation defended in Spring 2010. Accepted a tenure-track job at Warner University in Florida

Anna Redcay, "The 'Long-Defended Gate': Juvenilia, the Real Child, and the Aesthetics of Innocence, 1858-1939." Dissertation defended Fall 2011. Accepted a Visiting Postdoctoral Lectureship at Pitt, then became teacher and chair of English program at The Ellis School (K-12) in Pittsburgh
• Dissertation Committee Chair

Margo Stafford, "The Cosmopolitan Novel in the Anglo-American World." Dissertation defended November 2011. Accepted a Visiting Assistant Instructor position at Rockhurst University in Canada

*Graduate Advising: Ph.D. Dissertation Committees in Other Departments and Schools*

Miriam, Janechek, University of Iowa. "Faith in the Golden Age: Imagining Religion in Victorian Children's Literature." Dissertation defended in May 2019

Marcie Panutsos Roven, Department of English and Theatre Arts, Duquesne University. "Happily Ever After? Ambiguous Closure in Modernist Children's Literature." Dissertation defended in February 2016

Emily Metz, Hispanic Languages and Literatures, Pitt. "Inconceivable Saviors: Indigeneity and Childhood in U.S. and Andean Literature." Dissertation defended in April 2013

April Mattix, School of Education, Department of Instruction and Learning, Pitt. "The Orphan Among Us: An Examination of Orphans in Newbery Award Winning Literature." Dissertation defended in June 2012

Ian Blecher, Philosophy Department, Pitt. "Kant and the Meaning of Existence: A Modal Account." Dissertation defended in August 2012

Virginia Hall, School of Education, Department of Instruction and Learning, Pitt. "Books without Boundaries: Cross-Cultural Awareness in Award- Winning Picture Books From the Past Fifty Years." Dissertation defended in Spring 2011

Gubar/14

DEF_000325

*Graduate Advising: M.F.A. Manuscript Committees at Pitt*

Stephanie Wilson, "Outside Detroit." Manuscript completed in Spring 2013

Laurie Koozer, "The Season of Hope." Manuscript completed in Fall 2009

Brendan Kerr, "The Uses of Talent." Manuscript completed in Spring 2007

John Zebrowski, "Arsenal Way." Manuscript completed in Spring 2007

Kristin Cosby, "Listening for Bonetalk." Manuscript completed in Spring 2006

Jessica Mesman, "Mysteries: Short Stories and Essays." Manuscript completed in Spring 2004

*Graduate Advising: English Ph.D. Project Committees at Pitt*

Amanda Chapman Phillips, "Masculinity and Imperialism in Victorian Boys' Literature." Ph.D. Project Exams passed with Distinction in Fall 2012

A. Robin Hoffman, "Nineteenth-Century Alphabet Books and the Limits of Children's Literature." Ph.D. Project Exams passed with Distinction in Fall 2009
- Project Committee Chair

Brie Owen, "Constructions of Adolescence and the Phenomenon of Young Adult Literature: A Theory of Reading and Power." Ph.D. Project Exams passed in Spring 2009

Alexandra Valint, "'My Portion of These Pages': Multiple Narrators in the Victorian Novel." Ph.D. Project Exams passed with Distinction in Fall 2008

Kerry Mocker, "Children's Literature Studies and Material Culture." Ph.D. Project Exams passed in Spring 2008

Cory Goehring, "The Poetic Moment: Romantic Transformations in Nineteenth-Century American Writing." Ph.D. Project Exams passed in Fall 2007

Anna Redcay, "The Fantastic and the Real: Expanding the Golden Age of Children's Literature." Ph.D. Project Exams passed with Distinction in Fall 2007
- Project Committee Chair

Margo Stafford, "The Cosmopolitan Novel in the Anglo-American World." Ph.D. Project Exams passed in Spring 2007

SERVICE

*International and National*

Member, Editorial Board, *Journal of L.M. Montgomery Studies*, 2019-
- A new open access, interdisciplinary, international journal

DEF_000326

Children's and Young Adult Literature Section Editor for the website *Public Books* (www.publicbooks.org), 2016-2019

Member, Children's Literature Association Executive Board, 2015-2018
- Elected in a national competition

Member, MLA Executive Committee of the Division on Children's Literature, 2012-2016
- Elected in a national competition

Member, Children's Literature Association Book Award Committee, 2012-2015
- Elected in a national competition

Chair, Children's Literature Association Membership Committee, 2006-2009

Member, Children's Literature Association Article Award Committee, 2006-2009
- Elected in a national competition

Member, Children's Literature Association Membership Committee, 2004-2006

*MIT*

Minor Adviser, Literature Section, 2022-

Member, SHASS Faculty Diversity Committee, 2018-

Co-founding Member, Literature and Philosophy Reading Group, 2017-

Chair, Literature Section Curriculum Committee, 2019-2022

Member, Senior Women's Faculty Counsel, 2019-2022

Associate Director, MIT Communications Forum, 2015-2020

Chair, Committee on the Undergraduate Program Subcommittee on the HASS Requirement (SHR), 2018-2020

Member, Literature Section Curriculum Committee, 2015-2019

Member, Committee on the Undergraduate Program Subcommittee on the HASS Requirement, 2016-2017

Undergraduate Literature Concentration Adviser, 2014-2015

Judge, Literature category of MIT INSPIRE competition for high school students, 2015, 2017

Member, Selection Committee for Literature Post-doctoral Fellows, 2015

*University of Pittsburgh*

Member, English Department Graduate Procedures Committee, 2013-2014

Gubar/16

DEF_000327

Member, Steering Committee charged with creating an undergraduate Performance Studies Certificate Program, 2012-2013

Chair, English Department Ad-Hoc Committee on Service Workload, 2012-2013

Member, English Department Strategic Planning Committee and Peer Institutions Subcommittee, 2010-11

Member, Advisory Council on Instructional Excellence (ACIE), 2009-2012

Co-founder and co-organizer, Literature Program Works-in-Progress Colloquium, 2008-2013

Founder and co-organizer, Childhood Studies Faculty/Graduate Student Reading Group, 2007-2009, 2010-2011

Member, Gender Equity Subcommittee on Childcare, 2007-2009

Member, University Review Board, 2004-2009

Member, Women's Studies Steering Committee, 2005-2006

Judge, Women's Studies Undergraduate Paper Prize, 2004-2005

Judge, Literature Program Graduate Student Paper Prize, 2004-2005

Judge and Panel Chair, Undergraduate Research Symposium, 2004-2005

Humanities Discussion Leader, "Using Discussion in the Humanities," Teaching Excellence Fair, 2004

Member, Literature Program Committee, 2004-2005, 2007-2009

Judge, Tamara Horowitz Graduate Student Paper Prize, 2003-2004

Chair, English Department Graduate Placement and Professional Development Committee, 2003-2005

Member, Graduate Placement and Professional Development Committee, 2002-2003, 2010-2012

Judge, Children's Literature Program Undergraduate Paper Prize, 2002-2014

Gubar/17

DEF_000328