## IN THE UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF TEXAS
## HOUSTON DIVISION

| | | |
|---|---|---|
| DR. MELISSA MCCOUL, | § | |
| | § | |
| *Plaintiff*, | § | |
| | § | |
| V. | § | CIVIL ACTION NO. 4:26-CV-00865 |
| | § | |
| THE TEXAS A&M UNIVERSITY | § | |
| SYSTEM, ET AL., | § | |
| | § | |
| *Defendants.* | § | |

## PROPOSED ORDER ON PLAINTIFF'S MOTION
## FOR LEAVE TO EXCEED PAGE LIMIT

On this day came to be heard *Plaintiff's Motion for Leave to Exceed Page Limit*. Finding said Motion meritorious, this Court hereby grants the Motion.

Plaintiff's Response to Defendants' Motion to Dismiss may exceed the Court's 20-page limit on briefs per Rule 7.L. of the Court's Civil Procedures.

It is so ordered.

_____
Date

_____
Judge Presiding