## IN THE UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF TEXAS
## HOUSTON DIVISION

| | | |
|---|---|---|
| **DR. MELISSA MCCOUL,** | § | |
| | § | |
| *Plaintiff*, | § | |
| | § | |
| V. | § | **CIVIL ACTION NO. 4:26-CV-00865** |
| | § | |
| **THE TEXAS A&M UNIVERSITY** | § | |
| **SYSTEM, ET AL.,** | § | |
| | § | |
| *Defendants.* | § | |

### CERTIFICATE OF CONFERENCE FOR PLAINTIFF'S
### MOTION FOR LEAVE TO EXCEED PAGE LIMIT

Comes now, Plaintiff, and files this Certificate of Conference in connection with *Plaintiff's Motion for Leave to Exceed Page Limit*.

Plaintiff hereby notifies the Court that the undersigned has conferred with counsel for Defendants, who has informed her that Defendants are <u>unopposed</u> to Plaintiff's Motion to Exceed Page Limit (Dkt. No. 22) for her Response to Defendants' Motion to Dismiss (Dkt. No. 21).

Date: May 29, 2026

Respectfully Submitted,

/s/ *Amanda L. Reichek*
Amanda L. Reichek
Texas State Bar No. 24041762
S.D. Texas Bar No. 840975
areichek@tillotsonlaw.com
Jeffrey M. Tillotson
Texas State Bar No. 20039200
S.D. Texas Bar No. 27831
jtillotson@tillotsonlaw.com
Sara Babineaux
State Bar No. 24125102
S.D. Texas Bar No. 3959037
sbabineaux@tillotsonlaw.com
**TILLOTSON JOHNSON & PATTON**
1201 Main Street, Suite 1300
Dallas, Texas 75202
(214) 382-3041 Telephone
(214) 292-6564 Facsimile

**Attorneys for Plaintiff**

### Certificate of Service

The undersigned hereby certifies that on May 29, 2026 a true and correct copy of the foregoing was served on Defendants' counsel of record via CM/ECF.

/s/ *Amanda L. Reichek*
Amanda L. Reichek