# Exhibit 1

**COLLEGE OF ARTS & SCIENCES**

Office of the Dean



*July 21, 2025*

**MEMORANDUM**

**TO:**  Melissa McCoul
Senior Lecturer, Department of English

**THROUGH:** Mark Zoran
Dean, College of Arts and Sciences

**FROM:**  Emily J Johansen Aase
Department Head, Department of English

**SUBJECT:**  2025-2026 Reappointment Letter for Melissa McCoul

In accordance with the University Statement on Academic Freedom, Responsibility, Tenure and Promotion (University Rule 12.01.99.M1), this letter constitutes your official notification of the terms and conditions of your appointment for the 2025-2026 academic year. Your appointment is subject to the rules and regulations of Texas A&M University (TAMU) as well as of the Texas A&M University System.

On September 1, 2025, the following will be effective and visible in the Workday web portal.

Faculty Employee Name: Melissa McCoul
Faculty Employee UIN: 827001409
Faculty Rank and Title: Senior Lecturer
Type of Faculty Track: Academic Professional Track
Employment Term: 9 months
Full-Time Equivalent (FTE) Percent of Effort: 100
*Monthly Base (FTE) Salary: $7,169.00

***** *This is your current monthly base salary. Any salary adjustments (e.g., merit, promotion, equity, etc.) will be visible in the Workday web portal in September 2025.*

In accordance with System Regulation 12.07 section 3.2, your appointment meets the conditions outlined for a multi-year appointment.  This appointment represents Year 2 of a 3 Year term, which will be annually renewed during the stated term. Renewal is contingent upon, but is not limited to, your continued satisfactory performance, the availability of continued funding, departmental and college needs, or any other unforeseen event.

Your current multi-year appointment pertains exclusively to FY 2025 through FY 2027 and does not constitute an offer or promise of employment for future academic years beyond those specified herein.

### Effort Assigned

Academic professional track faculty in the College of Arts and Sciences are expected to make substantial contributions in one or two of the three areas of responsibility: research/creative work, teaching, and

service.  Per the College Guidelines for Faculty Evaluation, departments must specify the standard percentage of effort assigned to each of the three primary areas of responsibility for performance evaluation purposes. For APT faculty, areas of responsibility that have 10% or less effort allocation are not considered in performance evaluations. Your standard percentage of effort in each area of responsibility is:

- 90% effort in teaching
- 10% effort in service

As part of your teaching responsibility for this academic year, you will teach 8 courses. Per SAP 12.01.99.M1, you have a 10% service responsibility, but per department evaluation guidelines you will be evaluated solely on teaching

**Additional Notes**

Employees holding appointment terms of fewer than 12 months are eligible to enroll in *Save for Summer* and can learn more about the plan by following the link Save for Summer Auth Form If you are currently enrolled, you will automatically renew each fiscal year. To register for the program or adjust contributions for the new fiscal year, please submit the authorization form to Payroll Services prior to September 1, 2025.

As a faculty member with a less than 12-month appointment, you are not eligible to accrue or use vacation time but may take time off during university holidays and student recesses. Unused days do not carry forward to the next year and unused days are not eligible for cash payouts. Sick leave and other benefits will be applied consistent with university policy and State law.

Other important faculty responsibilities requiring action during the year include:

- Completing all mandatory training assignments by due date. Per University Rule 12.01.99.M1, no faculty member may receive an overall satisfactory rating if she or he is out of compliance with System Regulation 33.05.02, which addresses required training.

- Posting and updating your CV and syllabus.

- Certifying student attendance in your classes each semester and summer session, including students registered in directed study and research hours.

- Providing timely submission of midterm and final grades for all course sections, including 485, 685, 491 and 691.

- Disclosing all external employment and consulting for FY26 in Huron prior to engaging in activities.

University Rule 12.01.99.M1 University Statement on Academic Freedom, Responsibility, Tenure and Promotion states that faculty members are obligated to fulfill the terms of employment for the following year unless they resign prior to 30 days after receiving this notification. For institutional planning purposes, you are required to inform your department head or your unit head no later than May 15, 2026, if you do not wish to be considered for employment for academic year 2026-2027.