**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF TEXAS**
**HOUSTON DIVISION**

| | |
|---|---|
| DR. MELISSA MCCOUL<br><br>*Plaintiff,*<br><br>v.<br><br>THE TEXAS A&M UNIVERSITY SYSTEM, *et. al.,*<br><br>*Defendants.* | CASE NO. 4:26-CV-00865 |

**JOINT MOTION REGARDING DEFENDANTS' PENDING MOTION TO DISMISS
AND PLAINTIFF'S FIRST AMENDED COMPLAINT**

Plaintiff Dr. Melissa McCoul and Defendants (collectively, the "Parties") jointly file this Motion to advise the Court of their agreement that Defendants' pending Motion to Dismiss, ECF 14, may be decided on the existing briefing as directed to Plaintiff's First Amended Complaint, ECF 28, without re-briefing. In support, the Parties state as follows:

1.      On February 4, 2026, Plaintiff filed her Original Complaint. ECF 1.

2.       On April 10, 2026, Defendants filed their Motion to Dismiss the Original Complaint. ECF 14. The Motion is fully briefed. *See* ECF 21 (Response, filed May 28, 2026); ECF 26 (Reply, filed June 19, 2026), ECF 27 (Surreply, filed June 22, 2026).

3.      On June 26, 2026, Plaintiff filed her First Amended Complaint. ECF 28.

4.      The First Amended Complaint carries forward the same jurisdictional allegations, the same parties, the same factual allegations, ECF 28 ¶¶ 3-70, and the same core federal causes of action under 42 U.S.C. § 1983 for First Amendment retaliation and violation of due process, *id.* at ¶¶ 70-99, that were the subject of the Motion to Dismiss.

5.      The First Amended Complaint differs from the Original Complaint in the following respects: (a) it nonsuits the breach-of-contract claim previously asserted in the Original Complaint, ECF 1 ¶¶ 92-98, and the corresponding prayer for relief; (b) it adds the phrase "clearly established" in describing the rights at issue in the sections addressing Plaintiff's 42 U.S.C. §1983 claims brought against the University officials in their individual

1

capacities, ECF 28 ¶¶ 77, 89; (c) it characterizes the requested prospective relief as reinstatement and expressly invokes *Ex parte Young*, 209 U.S. 123 (1908), *id.* ¶¶ 79, 91; and (d) it adds three additional requested declarations, *id.* at ¶ 95(5)-(7).

6. The Parties agree that the arguments raised in the Motion to Dismiss directed at the Original Complaint apply to the corresponding allegations and claims in the First Amended Complaint.

7. Consistent with the Fifth Circuit's guidance that "defendants should not be required to file a new motion to dismiss simply because an amended pleading was introduced while their motion was pending," and that "[i]f some of the defects raised in the original motion remain in the new pleading, the court simply may consider the motion as being addressed to the amended pleading," *Rountree v. Dyson*, 892 F.3d 681, 683-84 (5th Cir. 2018) (internal quotations and citations omitted); *see also Davis v. Dallas Cnty.*, 541 F. Supp. 2d 844, 848 (N.D. Tex. 2008), the Parties agree that re-briefing is unnecessary.

WHEREFORE, the Parties respectfully request that the Court GRANT this Joint Motion and enter an order (a) deeming Defendants' Motion to Dismiss, ECF 14, directed to Plaintiff's First Amended Complaint, ECF 28; and (b) finding Defendants do not need to file a renewed or superseding motion to dismiss, satisfying Fed. R. Civ. P. 15(a)(3).

Date: June 30, 2026,

*/s/Amanda L. Reichek*
AMANDA L. REICHEK
Texas State Bar No. 24041762
S.D. Texas Bar No. 840975
areichek@tillotsonlaw.com

JEFFREY M. TILLOTSON
Texas State Bar No. 20039200
S.D. Texas Bar No. 27831
jtillotson@tillotsonlaw.com

SARA BABINEAUX
State Bar No. 24125102
S.D. Texas Bar No. 3959037
sbabineaux@tillotsonlaw.com

TILLOTSON PATTON
(214) 382-3041 Telephone
(214) 292-6564 Facsimile

COUNSEL FOR THE PLAINTIFF

Respectfully submitted,

KEN PAXTON
Attorney General of Texas

BRENT WEBSTER
First Assistant Attorney General

RALPH MOLINA
Deputy First Assistant Attorney General

ROB FARQUHARSON
Deputy Attorney General for Legal Strategy

RYAN G. KERCHER
Chief, Special Litigation Division

*/s/ Wade Johnson*
WADE JOHNSON
Deputy Chief, Special Litigation Division
Texas State Bar No. 24062197
S.D. Tex. No. 1055556
wade.johnson@oag.texas.gov

BRIAN B. TUNG
Assistant Attorney General
Texas State Bar No. 24145179
S.D. Tex. No. 3937738
Brian.Tung@oag.texas.gov

LAUREN E. SAEGER
Assistant Attorney General
Texas State Bar No. 24149365
S.D. Tex. No. 3943412
lauren.saeger@oag.texas.gov

COUNSEL FOR THE DEFENDANTS

OFFICE OF THE ATTORNEY GENERAL OF TEXAS
Special Litigation Division
P.O. Box 12548, Capitol Station
Austin, Texas 78711-2548
Tel.: (512) 463-2100

**CERTIFICATE OF CONFERENCE**

I hereby certify that on June 30, 2026, the undersigned certifies that counsel for the Parties have conferred and that this Motion is filed jointly and by agreement of all Parties.

*/s/ Wade Johnson*
WADE JOHNSON

**CERTIFICATE OF SERVICE**

Pursuant to Federal Rule of Civil Procedure 5(a), I hereby certify that on June 30, 2026, a true and correct copy of the above and foregoing document has been served using the CM/ECF system to all counsel and parties of record.

*/s/ Wade Johnson*
WADE JOHNSON

4