United States District Court
Southern District of Texas
**ENTERED**
September 08, 2026
Nathan Ochsner, Clerk

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF TEXAS**
**HOUSTON DIVISION**

| | |
|---|---|
| DR. MELISSA MCCOUL,<br>*Plaintiff,*<br>v.<br>THE TEXAS A&M UNIVERSITY SYSTEM, *et. al.,*<br>*Defendants.* | CASE NO. 4:26-CV-00865 |

**ORDER**

On this date, the Court considered State Defendants' Unopposed Motion to Withdraw Wade Johnson as counsel. After considering the Motion, the Court is of the opinion that the Motion should be GRANTED.

Accordingly, it is ORDERED, ADJUDGED and DECREED that Wade Johnson is hereby withdrawn as counsel for Defendants in this matter.

**SO ORDERED** and **SIGNED** this 3rd day of September, 2026.

ANDREW HANEN
UNITED STATES DISTRICT JUDGE