United States District Court
Southern District of Texas
**ENTERED**
October 26, 2026
Nathan Ochsner, Clerk

**IN THE UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF TEXAS**
**HOUSTON DIVISION**

| | | |
|---|---|---|
| **DR. MELISSA MCCOUL,** | § | |
| | § | |
| ***Plaintiff,*** | § | |
| | § | |
| **V.** | § | **CIVIL ACTION NO. 4:26-CV-00865** |
| | § | |
| **THE TEXAS A&M UNIVERSITY SYSTEM, ET AL.,** | § | |
| | § | |
| | § | |
| ***Defendants.*** | § | |

**ORDER ON PLAINTIFF'S MOTION**
**FOR LEAVE TO EXCEED PAGE LIMIT**

On this day came to be heard *Plaintiff's Motion for Leave to Exceed Page Limit*. Finding said Motion meritorious, this Court hereby grants the Motion.

Plaintiff's Response to Defendants' Motion to Dismiss may exceed the Court's page limit on briefs per Rule 7.L. of the Court's Civil Procedures.

It is so ordered.

October 26, 2026
Date

Drew B Tipton
Judge Presiding