United States District Court
Southern District of Texas
**ENTERED**
October 26, 2026
Nathan Ochsner, Clerk

**UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION**

| | |
|---|---|
| DR. MELISSA MCCOUL<br>*Plaintiff,*<br>v.<br><br>THE TEXAS A&M UNIVERSITY SYSTEM, *et. al.*,<br>*Defendants.* | CASE NO. 4:26-CV-00865 |

## ORDER

Plaintiff and Defendants on October 23, 2026, filed a Joint Motion to Abate Pending Ruling on Defendants' Motion to Dismiss. ECF 38. The Court finds that the deadlines in the Scheduling Order (ECF 19), including all discovery and briefing deadlines, should be abated until the Court has decided the pending Motion to Dismiss (ECF 14).

IT IS THEREFORE ORDERED that the deadlines in the current Scheduling Order (ECF 19) are abated and will be reset to the start of discovery by separate Order.

**SIGNED** this 26th day of October, 2026.

Drew B Tipton
DREW B. TIPTON
UNITED STATES DISTRICT JUDGE